**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Antonio Lopez, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:22-cv-01351 JVS (ADS) |
| v. | |
| City of Anaheim, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

City of Anaheim; Jorge Cisneros; Paul Delgado; Brett Heitman; Kenneth Weber; Catalin Panov  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Tony Sain  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

633 West 5th Street, Suite 4000
*Street Address*

Los Angeles, CA  90071                               tony.sain@lewisbrisbois.com
*City, State, Zip*                                   *E-Mail Address*

(213) 250-1800                                                                  251626
*Telephone Number*          *Fax Number*                                *State Bar Number*

as attorney of record instead of  Eugene P. Ramirez, Craig Smith, Kayleigh Andersen
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                         U. S. District Judge/U.S. Magistrate Judge