UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Lopez, et al.<br><br>Plaintiff(s)<br>v.<br><br>City of Anaheim, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>8:22-cv-01351 JVS (ADS)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [99] |

The Court hereby orders that the request of:

City of Anaheim; Jorge Cisneros; Paul Delgado; Brett Heitman; Kenneth Weber; Catalin Panov ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Tony Sain who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

633 West 5th Street, Suite 4000
*Street Address*

Los Angeles, CA 90071                                                                 tony.sain@lewisbrisbois.com
*City, State, Zip*                                                                                   *E-Mail Address*

(213) 250-1800                                                                                            251626
*Telephone Number*                        *Fax Number*                              *State Bar Number*

as attorney of record instead of Eugene P. Ramirez, Craig Smith, Kayleigh Andersen
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   November 2, 2023

*(signed)* James V. Selna
U. S. District Judge