**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for CITY OF ANAHEIM; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CATALIN PANOV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad item, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF ANAHEIM, CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; DOES 1-10,<br><br>    Defendant. | Case No. 8:22-cv-1351 JVS (ADSx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge: Hon. James V. Selna |

/ / /

/ / /

NOTICE OF ASSOCIATION OF COUNSEL

1  TO: THE CLERK OF THE COURT;

2  AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL.

3  NOTICE IS HEREBY GIVEN that Dana Alden Fox, Tori L. N. Bakken and

4  Abigail J. R. Mclaughlin of the law firm Lewis Brisbois Bisgaard & Smith, LLP, 633 West 5th

5  Street, Suite 4000, Los Angeles, California 90071, hereby associates with Tony M. Sain as

6  attorneys for Defendants in the above-captioned matter.  Please serve all further papers and

7  pleadings herein on Dana Alden Fox, Tony M. Sain, Tori L. N. Bakken and Abigail J. R.

8  Mclaughlin and Lewis Brisbois Bisgaard & Smith LLP, with the exception of original process.

9  DATED:  November 2, 2023

DANA ALDEN FOX
TONY M. SAIN
TORI L. N. BAKKEN
ABIGAIL J. R. McLAUGHLIN
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ *Dana Alden Fox*
DANA ALDEN FOX
Attorneys for CITY OF ANAHEIM;
JORGE CISNEROS; PAUL DELGADO;
BRETT HEITMAN; KENNETH WEBER;
CATALIN PANOV

# FEDERAL COURT PROOF OF SERVICE
Lopez v. City of Anaheim Case No. 8:22-CV-1351-JVS(ADSx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 2, 2023, I served the following document(s): **NOTICE OF ASSOCIATION OF COUNSEL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY ELECTRONIC TRANSMISSION ONLY) Only by e-mailing the document(s) to the persons at the e-mail address(es) listed above based on notice provided on March 16, 2020 that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 2, 2023, at Los Angeles, California.

/s/ *Curfew F. Wilson*
Curfew F. Wilson

NOTICE OF ASSOCIATION OF COUNSEL

# SERVICE LIST
Lopez v. City of Anaheim Case No. 8:22-CV-1351-JVS(ADSx)

| | |
|---|---|
| Gregg M. Audet<br>ANAHEIM CITY ATTORNEY OFFICE<br>200 South Anaheim Boulevard Suite 356<br>Anaheim, CA 92805<br>Tel: 714-765-5169<br>Fax: 714-765-5123<br>E-Mail: gaudet@anaheim.net | **Attorneys for Defendants**<br>JORGE CISNEROS, CITY OF ANAHEIM, PAUL DELGADO, BRETT HEITMAN, CAITLIN PANOV, KENNETH WEBER |
| Laura A Rossini<br>SANTA ANA CITY ATTORNEYS OFFICE<br>20 Civic Center Plaza M29<br>PO Box 1988<br>Santa Ana, CA 92702<br>Tel: 714-647-5201<br>Fax: 714-647-6515<br>Email: lrossini@santa-ana.org | **Attorney for Defendant**<br>CITY OF SANTA ANA |
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq. Renee V. Masongsong. Esq. 21800 Burbank Blvd., Suite 310 Woodland Hills, CA 91367<br>Tel: (818) 347-3333 Fax: (818) 347-4118 E-Mail: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com | **Attorneys for Plaintiffs**<br>M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem, Rachel Perez, individually and as successor in interest to Brandon Lopez; |
| Angel Carrazco, Jr. Carrazco Law, A.P.C. 18301 Irvine Boulevard Tustin, CA 92780 Tel: (714) 541-8600 Fax: (714) 541-8601<br>angel@carrazcolawapc.com | **Attorneys for Plaintiffs**<br>ANTONIO LOPEZ, individually;<br>JOHANNA LOPEZ, individually |
| DeWitt M. Lacy Julia N. Quesada Lena P. Andrews BURRIS, NISENBAUM, CURRY, AND LACY, LLP 9701 Wilshire Boulevard, Suite 1000 Beverly Hills, CA 90212 Tel: (310) 601-7070 Fax: (510) 839-3882 E-Mail:<br>dewitt@bncllaw.com<br>julia.quesada@bncllaw.com<br>lena.andrews@bncllaw.com | **Attorneys for Plaintiffs**<br>ANTONIO LOPEZ, individually;<br>JOHANNA LOPEZ, individually; and S.L. by and through his guardian ad litem, Rocio Flores, |

NOTICE OF ASSOCIATION OF COUNSEL