**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez, <br><br>           Plaintiff, <br><br>     vs. | Case No.: 8:22-cv-01351-JVS-ADS <br><br> *(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)* <br><br> **PLAINTIFFS' JOINT STATUS REPORT AND REQUEST FOR STAY OF PROCEEDINGS TO BE LIFTED** |

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,,

Defendants.

## TO THE HONORABLE COURT:

Plaintiffs ANTONIO LOPEZ, JOHANNA LOPEZ, S.L., by and through his guardian ad litem Rocio Flores, M.R., by and through his guardian ad litem, April Rodriguez, and B.L. and J.L., by and through their guardian ad litem Rachel Perez, hereby provide the following status report regarding the California Department of Justice's criminal investigation of Defendants Brett Heitman, Kenneth Weber, Paul Delgado, and Caitlin Panov (collectively "Defendant Officers") and respectfully request the Court grant an Order lifting the current stay of discovery as to the above named Defendants.

# GOOD CAUSE STATEMENT

1. Plaintiffs filed their initial Complaint on July 21, 2022. [Dkt. 1].

2. Defendants filed their answer on September 6, 2022. [Dkt. 14].

3. That same day, Defendants filed a motion to stay discovery pending the completion of the criminal investigation into the Defendants Officers, which this Court granted. [Dkt. 24, 37]. Discovery has thus been stayed for over one year.

4. On August 2, 2023, the Court granted Defendants' Request for a Further Stay of Proceedings for 90 days. [Dkt. 80]. Per the Court's Order, the current stay of discovery expired on October 31, 2023, and Defendants have not filed a further status report requesting a further stay.

5. On November 1, 2023, the California Department of Justice completed its investigation and released its conclusions in a publicly released report. A true and correct copy of that report is attached hereto as "**Exhibit A**."

6. The Department of Justice concluded that it would not file criminal charges against the Defendant Officers. *See* "**Exhibit A.**"

7. Accordingly, Plaintiffs respectfully request this Court Order that the stay of discovery as to the Defendant Officers be lifted as the investigation has concluded.

//
//
//
//
//
//
//
//
//

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

| | |
|---|---|
| Dated: November 6, 2023 | **BURRIS, NISENBAUM, CURRY & LACY LLP** |
| | By: /s/ *Lena Andrews* |
| |     DeWITT M. LACY |
| |     JOHN L. BURRIS |
| |     JULIA N. QUESADA |
| |     LENA P. ANDREWS |
| |     Attorneys for Plaintiff, |
| |     Antonio Lopez, Johanna Lopez, & S.L. |
| Dated: November 6, 2023 | LAW OFFICES OF DALE K. GALIPO |
| | By: /s/ *Renee V. Masongsong* |
| |     Dale K. Galipo |
| |     Renee V. Masongsong |
| |     Attorneys for Plaintiff M.R. |
| Dated: November 6, 2023 | CARRAZCO LAW PC |
| | By: /s/ *Angel Carrazco* |
| |     Angel Carrazco |
| |     Attorneys for Plaintiffs B.L. and J.L. |

## ATTESTATION OF CONCURRENCE IN THE FILING

The filer, Lena P. Andrews, attests that all other signatories on whose behalf this filing is submitted concur in the filings content and have authorized the filing of this stipulation.

| | |
|---|---|
| Dated: November 6, 2023 | By: /s/ *Lena Andrews* |
| |     LENA P. ANDREWS |
| |     Attorneys for Plaintiff, |
| |     Antonio Lopez, Johanna Lopez, & S.L. |