1
2
3
4
5
6
7
8

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,,

        Plaintiff,

    vs.

CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT

Case No.: 8:22-cv-01351-JVS-ADS

*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR STAY OF PROCEEDINGS TO BE LIFTED**

HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,,

Defendants.

## **[PROPOSED] ORDER**

On November 6, 2023, Plaintiffs Antonio Lopez, Johanna Lopez, and S.L., by and through his guardian ad litem Rocio Flores filed their Status Report and Request for Stay of Proceedings to be Lifted.

Finding GOOD CAUSE therefore, the Court ORDERS that the stay of discovery as to Defendants Brett Heitman, Kenneth Weber, Paul Delgado, and Caitlin Panov is lifted as of the date of this Order.

Dated: _____          By:_____

Honorable James V. Selna
United States District Judge

**[PROPOSED] ORDER**