**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successor in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; DOES 1-10,<br><br>Defendants. | Case No. 8:22-cv-1351-JVS-ADS<br>[*Hon. James V. Selna, Dist. Judge; Hon. Autumn D. Spaeth, M. Judge*]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE CASE MANAGEMENT DEADLINES, INCLUDING TRIAL DATE**<br><br>*Filed Concurrently with Motion to Continue Case Management Deadlines*<br><br>Date:  January 15, 2024<br>Time:  1:30 p.m.<br>Crtrm.:  10C [Santa Ana]<br><br>FPTC:  April 29, 2024<br>Trial Date:  May 14, 2024 |

**TO ALL PARTIES & THEIR ATTORNEYS OF RECORD HEREIN:**

The motion of Defendants CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, AND CATALIN PANOV ("Anaheim Defendants") for an order continuing all case management deadlines,

1 including the trial date in this matter, by a period of about 3 months, was heard by this
2 Court on January 15, 2024 at 1:30 p.m.
3       After reading and considering the papers filed in support of and in opposition
4 (if any) to the Anaheim Defendants' motion, and Good Cause appearing in support of
5 the motion, it is hereby **ORDERED** as follows:
6       1.    All case management deadlines, including the trial date in this matter,
7 are continued as follows:

| Event | Old/Current Date | New/Continued Date |
|---|---|---|
| Fact/Non-Expert Discovery Cutoff – Last Day to Complete | *February 16, 2024* | **May 10, 2024** |
| Initial Expert Disclosures – Service Due | *February 29, 2024* | **May 17, 2024** |
| Rebuttal/Supplemental Expert Disclosures – Service Due | *March 14, 2024* | **May 31, 2024** |
| Expert Discovery Cutoff – Last Day to Complete | *April 15, 2024* | **June 14, 2024** |
| Law and Motion Cutoff- Last Day for Filing | *February 26, 2024* | **June 17, 2024** |
| Law and Motion Cutoff – Last Day for Hearing | *March 25, 2024 at 1:30 p.m.* | **July 15, 2024 at 1:30 p.m.** |
| Last Day to File Motions *in Limine* | *April 1, 2024* | **July 22, 2024** |
| PreTrial Documents – Last Day to File | *April 22, 2024* | **July 22, 2024** |
| Pretrial Conference | *April 29, 2024* | **August 12, 2024 at 11:00 a.m.** |
| TRIAL | *May 14, 2024* | **August 27, 2024 at 8:30 a.m.** (Tu-F) |

*///*

*///*

*///*

133073109.1

2

[PROPOSED] ORDER GRANTING DEFTS.' MTN. TO CONTINUE CASE MANAGEMENT DEADLINES

2. Except as specified herein above, nothing else in the Court's operative Order(s) is otherwise modified or continued in this action.

**IT IS SO ORDERED.**

DATED: January ___, 2024          **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

_____
  Hon. James V. Selna
UNITED STATES DISTRICT JUDGE