# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA LOPEZ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF ANAHEIM, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:22–cv–01351–JVS–ADS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __12/18/2023__

Document No.:   __104__

Title of Document:   __NOTICE OF MOTION AND MOTION to Continue Case Management Deadlines, Including Trial__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __December 18, 2023__

By: __/s/ *Evelyn Synagogue*__
__Evelyn_Synagogue@cacd.uscourts.gov__
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS