# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Lopez et al<br><br>PLAINTIFF(S)<br>v.<br><br>City of Anaheim et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:22-cv-01351-JVS-ADSx<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 12/18/2023 | 104 | Notice of Motion to Continue Case Deadlines |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been rescheduled to   Monday, January 22, 2024   at   1:30 p.m.  .
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

    **Counsel is ordered to consult Local Rules AND the Court's Procedures and Schedules page prior to filing any future documents.

Dated: 12/18/2023

By: /s/ James V. Selna
U.S. District Judge / U.S. Magistrate Judge