1

2

3

4

5

6

7

8 **UNITED STATE DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 ANTONIO LOPEZ, individually;
JOHANNA LOPEZ, individually;

Case No.: 8:22-cv-01351-JVS-ADS

11 M.R., by and through his guardian ad
litem, April Rodriguez, individually

*(Honorable James V. Selna; Magistrate*
*Judge Autumn D. Spaeth)*

12 and as successor in interest to
Brandon Lopez; B.L. and J.L., by and

13 through their guardian ad litem
Rachel Perez, individually and as

**ORDER GRANTING EX PARTE**
**PETITION TO APPROVE MINOR'S**

14 successors in interest to Brandon
Lopez; S.L., by and through his

**COMPROMISE FOR MINOR**
**PLAINTIFF S.L. [114]**

15 guardian ad litem, Rocio Flores,
individually and as successor in

16 interest to Brandon Lopez,

17 Plaintiff,

18 vs.

19 CITY OF ANAHEIM, a municipal
corporation; CITY OF SANTA

20 ANA, a municipal corporation;
DAVID VALENTIN, individually

21 and in his official capacity as the
Chief of Police for the CITY OF

22 SANTA ANA Police Department;
JORGE CISNEROS, individually

23 and in his official capacity as the
Chief of Police for the CITY OF

24 ANAHEIM Police Department;
PAUL DELGADO, individually and

25 in his official capacity as an officer
for the CITY OF ANAHEIM Police

26 Department; BRETT HEITMAN;
KENNETH WEBER, individually

27 and in his official capacity as an
officer for the CITY OF ANAHEIM

28

Case No. 8:22-cv-01351-JVS-ADS

**ORDER**

Police Department; BRETT
HEITMAN; CAITLIN PANOV,
individually and in her official
capacity as an officer for the CITY
OF ANAHEIM Police Department;
BRETT HEITMAN, individually and
in his official capacity as an officer
for the CITY OF ANAHEIM Police
Department; BRETT HEITMAN;
DOES 1-10, individually and in their
official capacity as law enforcement
officers for the CITY OF ANAHEIM
Police Department and CITY OF
SANTA ANA Police Department,

Defendants.

## ORDER

Having considered the Ex Parte Petition to Approve Minor's Compromise for Minor Plaintiff S.L., the Court finds GOOD CAUSE therefore and hereby approves the minor's compromise according to the terms set forth in the Ex Parte Petition to Approve Minor's Compromise for Plaintiff S.L. and Exhibit A to the Declaration of Lena P. Andrews, filed concurrently with the Petition.

Dated: May 07, 2024

_____
Honorable James V. Selna
United States District Judge for the
Central District of California