**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,, <br><br>    Plaintiff, <br><br> vs. | Case No.: 8:22-cv-01351-JVS-ADS <br><br> *(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)* <br><br> **DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO MODIFY THE SCHEDULING ORDER** |

Case No. 8:22-cv-01351-JVS-ADS
**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO MODIFY THE SCHEDULING ORDER**

| | |
|---|---|
| 1 | CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,, |
| | Defendants. |

I, Lena Andrews, declare:

　　1.　　I am an attorney who is licensed to practice law in California and before this Court. I represent the Plaintiff in the above captioned matter and I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

　　2.　　Since the City of Anaheim Defendants filed their Motion to Continue, the parties have been diligently engaged in the litigation. The parties are diligently working to finalize the settlement and make arrangements for structured settlements.

3. Plaintiffs Johanna Lopez and Antonio Lopez were not parties to the settlement between the Minor Plaintiffs and the City of Anaheim Defendants.

4. On April 2, 2024, Plaintiffs Johanna Lopez and Antonio Lopez and the City of Anaheim Defendants were scheduled to attend a mediation with the Honorable Judge Joseph Biderman.

5. Due to a conflict with her employment, Plaintiff Johanna Lopez became unavailable on April 2, 2024, necessitating the cancellation of the mediation.

6. The intention was always to reschedule the mediation as both parties are hopeful that the remaining claims can be settled.

7. Thereafter attorneys for all parties, including DeWitt Lacy, Julia Quesada, Lena Andrews, Tony Sain, and Tori Bakken, began a federal trial in the courtroom of the Honorable Judge Robbinson in the Southern District of California.

8. The trial began on April 16, 2024, and concluded on April 29, 2024.

9. Due to the trial and counsels for all parties unavailability, it was not possible to reschedule the mediation between April 2, 2024, and April 29, 2024.

10. After the Defendants stated they would agree to a stipulation once the mediation has been rescheduled, the parties worked to find a date to reschedule the mediation and May 14, 2024.

11. There is still additional discovery that Plaintiffs need to complete, including the depositions of the named Defendant officers.

12. Due to the previously scheduled mediation on April 2nd, the trial which lasted from April 16th to April 29th, and both parties desire to mediate the case prior to incurring additional costs, the depositions of the Defendant Officers have not yet occurred.

13. After the stay of discovery was lifted on November 21, 2023, the parties were diligently engaged in settlement negotiations.

PG. 3                    Case No. 8:22-cv-01351-JVS-ADS

**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO MODIFY THE SCHEDULING ORDER**

14. Due to the mediation previously set for April 2, 2024, the stay of discovery, and counsel's unavailability due to trial, the depositions of the Defendant Officers have not yet been taken.

15. Additional time is thus necessary to permit the mediation to go forward on May 14, 2024, and, if the case is not resolved on that date, to allow time to finish fact discovery prior to incurring the expense of retaining experts.

16. Plaintiffs' counsel is not available on the date currently set for trial. The Court previously set a trial date of September 17, 2024, in response to Defendants' Motion to Continue Case Management Deadlines, Including Trial Date. [Dkts. 104, 110]. Plaintiffs Counsel is scheduled to begin another trial on September 9, 2024, in the courtroom of the Honorable Magistrate Judge Chistopher D. Baker, Eastern District of California, in the matter of *Dibbern v City of Bakersfield et al*, case no. 1:22-cv-00723-CDB. The trial is expected to last at least two weeks.

17. The *Dibbern* trial was scheduled prior to the trial in this matter.

18. Attached hereto as "**Exhibit A**" is a true and correct copy of Emails re Request to Meet and Confer re Modification of the Scheduling Order.

19. Attached hereto as "**Exhibit B**" is a true and correct copy of Emails re Lopez (PC) Mediation dates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2024, at Beverly Hills, California.

By: /s/ *Lena Andrews*
    Lena Andrews
    Attorney for Plaintiff,
    Antonio Lopez, Johanna Lopez, &
    S.L. by and through his guardian ad
    litem Rocio Flores