1
2
3
4
5
6
7

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,, <br><br>  Plaintiff, <br><br> vs. <br><br> CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT | Case No.: 8:22-cv-01351-JVS-ADS <br><br> *(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)* <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO MODIFY THE SCHEDULING ORDER** |

Case No. 8:22-cv-01351-JVS-ADS

**[PROPOSED] ORDER**

HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,,

Defendants.

# [PROPOSED] ORDER

The Court has reviewed Plaintiffs' Ex Parte Motion to Modify the Scheduling Order, filed May 7, 2024. Finding GOOD CAUSE therefore, the Court GRANTS Plaintiffs' Motion and ORDERS the scheduling order in this matter be modified as follows:

| Case Event | Previous Deadline [Dkt 110] | New Deadline |
|---|---|---|
| Jury Trial | September 17, 2024, at 8:30 am | June 24, 2025, at 8:30 am |
| File Findings of Fact and Conclusions of Law | September 10, 2024 | June 17, 2025 |
| Final Pre-Trial Conference | September 9, 2024, at 11:00 am | June 16, 2025, at 11:00 am |
| File Pre-Trial Documents | August 26, 2024 | June 2, 2025 |
| File Motions in Limine | August 5, 2024 | May 12, 2025 |
| Fact Discovery Cut-off | May 10, 2024 | February 14, 2025 |
| Expert Discovery Cut-off | June 14, 2024 | January 10, 2025 |
| Initial Disclosure of Experts | May 17, 2024 | December 13, 2024 |
| Rebuttal Disclosure of Experts | May 31, 2024 | December 27, 2024 |
| Law and Motion Cut-off | July 15, 2024, at 1:30 pm | February 10, 2025, at 1:30 pm |
| Motions to be filed and served | June 17, 2024 | January 13, 2025 |

**IT IS SO ORDERED.**

Dated:_____    By:_____
Honorable Judge James V. Selna
United States District Judge for the
Central District of California