# EXHIBIT A

**McLaughlin, Abigail**

| | |
|---|---|
| **From:** | Bakken, Tori |
| **Sent:** | Tuesday, May 7, 2024 2:15 PM |
| **To:** | McLaughlin, Abigail |
| **Subject:** | FW: [EXT] Re: Lopez v. City of Anaheim, et al.: Unexpected Scheduling Conflict With Scheduled Mediation |

**Tori L. N. Bakken**
**Attorney**
Los Angeles
213.680.5172 or x2135172

**From:** Joe B <jsb310@gmail.com>
**Sent:** Monday, April 1, 2024 5:58 PM
**To:** Julia Quesada <julia.quesada@bncllaw.com>
**Cc:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>; Sain, Tony <Tony.Sain@lewisbrisbois.com>; DeWitt Lacy <dewitt@bncllaw.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Lena Andrews <lena.andrews@bncllaw.com>
**Subject:** [EXT] Re: Lopez v. City of Anaheim, et al.: Unexpected Scheduling Conflict With Scheduled Mediation



Counsel - Please confer among yourselves as to how you wish to proceed further and advise.

J. Biderman

> On Apr 1, 2024, at 5:20 PM, Julia Quesada <julia.quesada@bncllaw.com> wrote:
>
> Good evening your Honor and Counsel,
>
> We were just recently informed of a new conflict that one of our clients has with the scheduled mediation for tomorrow and therefore is not available to proceed with the mediation session. We apologize for any inconvenience to his Honor and opposing counsel in this last minute conflict. Plaintiffs remain open to a second mediation at a mutually convenient date/time. We will give you new dates of Plaintiffs' availability shortly.
>
> Thank you for your understanding.
>
> Sincerely,
>
>
> **Julia N. Quesada**

*Attorney*

**Burris Nisenbaum Curry & Lacy**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 601-7082
Facsimile:  (844) 273-6873
Website: **Error! Filename not specified.**www.bncllaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (510) 839-5200, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

# EXHIBIT B

## McLaughlin, Abigail

| | |
|---|---|
| **From:** | Bakken, Tori |
| **Sent:** | Monday, May 6, 2024 11:43 AM |
| **To:** | Lena Andrews |
| **Cc:** | Sain, Tony; McLaughlin, Abigail; Gregg Audet; Fox (LA), Dana; Irvin Aguirre; Julia Quesada; DeWitt Lacy; Medina, Christina |
| **Subject:** | RE: [EXT] Re: [PC] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order |

Good Afternoon Ms. Andrews,

Unfortunately, when we advised of the June dates, that was based solely on defense counsels' availability: knowing that such would be limited, we tried to get you that as soon as possible.  However, upon speaking with our clients, we were informed that we do not have authorization to agree to any continuance in this matter at this time. As you are aware, defendants have been seeking to get the mediation on calendar for quite some time now, as we never received a counter demand to our last offer and your office cancelled the last scheduled mediation with very short notice. As such, ensuring that this mediation occurs is our top priority, and there is concern with agreeing to a continuance at this time, that your office will again fail to show up to the agreed upon mediation.

We are happy to re-visit the discussion again after the 14th,  but understand if you feel the need to bring an ex parte motion prior to then.

Thanks,
Tori

**Tori L. N. Bakken**
**Attorney**
Los Angeles
213.680.5172 or x2135172

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Monday, May 6, 2024 11:13 AM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Gregg Audet <gaudet@anaheim.net>; Fox (LA), Dana <Dana.Fox@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: [PC] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order

Ms. Bakken:

**McLaughlin, Abigail**

| | |
|---|---|
| **From:** | Lena Andrews <lena.andrews@bncllaw.com> |
| **Sent:** | Monday, May 6, 2024 2:43 PM |
| **To:** | Sain, Tony |
| **Cc:** | Bakken, Tori; McLaughlin, Abigail; Gregg Audet; Fox (LA), Dana; Irvin Aguirre; Julia Quesada; DeWitt Lacy; Medina, Christina |
| **Subject:** | Re: [EXT] Re: [PC] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order |



Mr. Sain:

While we are hopeful that this case will be fully resolved next week, that does not obviate the need to extend the discovery deadline to ensure that unnecessary costs are not expended and that Plaintiffs' right to conduct additional discovery, if necessary, is preserved. We relied on the agreement to stipulate to the continuance and the conversations that have occurred over the last two weeks in not requesting dates for the officers depositions while we are all engaged in trial. It was not until May 2, 2024, after the mediation had been scheduled and Plaintiffs agreed to Defendants proposed trial date, that Defendants notified Plaintiff that they would not agree to stipulate to a continuance until after the mediation had occurred.

In order to preserve Plaintiffs' rights should the case not resolve, we will be moving ex parte to modify the scheduling order. We will note your opposition in the moving papers.

Regards,

Lena P. Andrews
*Attorney*



**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Mon, May 6, 2024 at 11:44 AM Sain, Tony <Tony.Sain@lewisbrisbois.com> wrote:

Dear Counsel:

Ms. Bakken's email below very clearly stated the City defendants' position: they are unwilling to stipulate to any more continuances unless and until a good faith mediation is Completed.

If the case settles on 5/14, as one should hope all desire, then there will be no need for any continuance. In the unlikely event that the parties cannot find a common ground, with your plaintiffs attending on 5/14, then we will gladly revisit your continuance request thereafter.

However, If, as you now propose, plaintiffs seek to proceed ex Parte, please note that we oppose such both for lack of good cause and substantively given the conflicts previously raised.

Our suggestion is to table this continuance discussion until after 5/14 and to instead devote our energies to getting our clients to try to work out their differences and reach a good faith settlement on Tu 5/14.

To that end, defendants have already made a pre-mediation offer which never received any counter from your clients. Perhaps your energy might be better spent identifying what settlement closer to that offer might be acceptable to your clients.

In the mean time, we look forward to trying to resolve this with you next week.

Thanks.

Respectfully,

-Tony M. Sain


Confidentiality Tag to All Remote Emails:
Emails sent from this device may be work-related and/or sent in my capacity as an attorney. To be safe, please treat this message as Confidential: as it might contain privileged matters. Please accept my apologies in advance for any typos or apparent brusqueness: they are a frequent and inadvertent byproduct of typing a quick response on the go. Thanks.

On May 6, 2024, at 11:13 AM, Lena Andrews <lena.andrews@bncllaw.com> wrote:


Ms. Bakken:

This is unacceptable and clearly a bad faith attempt to stymy Plaintiffs.

We have been discussing this stipulation for almost two weeks. First you indicated that you would only agree to a stipulation if we agreed to move the trial date to June as the trial date set by the Court conflicts with a previously scheduled trial. We agreed in good faith.

Then you indicated that you would agree to the stipulation if we got the mediation back on calendar and confirmed. We agreed and worked diligently to make sure it was back on calendar as soon as possible. Then, after we had agreed in good faith to each of your demands, you now inform us that Defendants are only willing to

stipulate to a scheduling change after the mediation has occurred on May 14, 2024, which is after the close of discovery and only three days prior to the expert disclosure deadline. This is pure gamesmanship and not well taken.

If you cannot agree to the stipulation, Plaintiffs will be moving ex parte to modify the scheduling order.

Please advise as to your position.

Regards,

Lena P. Andrews
*Attorney*



**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

 **Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Mon, May 6, 2024 at 10:59 AM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Morning Lena,


As I advised in my 5/2 email, we are not authorized to agree to any continuance in this matter at this time. After the mediation concludes, we are open to re-discussing if necessary.


Thank you,

Tori



**Tori L. N. Bakken**
**Attorney**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Monday, May 6, 2024 10:40 AM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Gregg Audet <gaudet@anaheim.net>; Fox (LA), Dana <Dana.Fox@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: [PC] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order

I am again following up on the stipulation. Per your request, the mediation for May 14 has been confirmed.

An updated draft of the stipulation is attached. Please advise of your revisions by close of business today so that we can timely file the stipulation prior to the current discovery cut-off.

Regards,

Lena P. Andrews

*Attorney*

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone:  (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Wed, May 1, 2024 at 12:15 PM Lena Andrews <lena.andrews@bncllaw.com> wrote:

Good morning:

I am following up on the trial date and a date for the rescheduled mediation. Please advise.

Regards,

Lena P. Andrews

*Attorney*

<~WRD3948.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Tue, Apr 30, 2024 at 3:56 PM Lena Andrews <lena.andrews@bncllaw.com> wrote:

May 15 will not work and May 17 is not ideal. Do you have any other availability in late May?

Regards,

Lena P. Andrews

*Attorney*

<~WRD3948.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Tue, Apr 30, 2024 at 1:13 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

We can do May 15 or May 17, but the 15th is preferable.



**Tori L. N. Bakken**
**Attorney**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Tuesday, April 30, 2024 12:28 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Gregg Audet <gaudet@anaheim.net>; Fox (LA), Dana <Dana.Fox@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: [PC] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order

In addition, Judge Biderman has requested that we send him some requested dates for the mediation that are at least 2 weeks out. Could you please provide some dates that work for you?

Regards,


Lena P. Andrews

*Attorney*



<~WRD3948.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

 **Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.


On Apr 30, 2024, at 11:47 AM, Lena Andrews <lena.andrews@bncllaw.com> wrote:


Counsel:


We can agree to a June 2025 trial date. You had stated you were available June 19-27; however June 19 is a Thursday so that will not work as a start date.


Can you be available to start on June 24?


Regards,

8

Lena P. Andrews

*Attorney*

<~WRD3948.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Tue, Apr 30, 2024 at 11:27 AM Lena Andrews <lena.andrews@bncllaw.com> wrote:

Please hold the June dates. I will confirm with my clients and we should be able to get this stipulation finalized by tomorrow.

I have also reached out to Judge Biderman for his availability so that we can reschedule the mediation.

Regards,

Lena P. Andrews

*Attorney*

9

<~WRD3948.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Fri, Apr 26, 2024 at 3:40 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Afternoon Lena,

If we are going to continue the trial date in this matter, based on defense counsel availability, we would need to push it out to June 19-June 27 of next year. Unfortunately, that is the soonest option we have available, but if that does not work, we can offer additional options after that date. Please let us know as soon as possible, as we cannot guarantee this option will remain available.

As to the mediator, yes we would like to still use Judge Biderman.

Thanks,

Tori

<Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png>

**Tori L. N. Bakken**
**Attorney**
Tori.Bakken@lewisbrisbois.com

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

<mansfieldcertificationbadgecolor2022-202349pxhigh_6cc944fa-64d3-407e-bbe4-704052c31b42.png>

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If yo
intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the send
delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Friday, April 26, 2024 1:07 PM
**To:** Sain, Tony <Tony.Sain@lewisbrisbois.com>
**Cc:** McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Gregg Audet <gaudet@anaheim.net>; Bakken, Tori <Tori.Bakken@lewisbrisbois.com>; Fox (LA), Dana <Dana.Fox@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>
**Subject:** [EXT] Re: [PC] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order

As stated in my previous email, we are happy to consider alternative dates.

Re the mediation: Are you still amenable to Judge Biderman? If so,  I will inquire as to his upcoming availability.

Regards,

Lena P. Andrews

*Attorney*

<~WRD0000.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Fri, Apr 26, 2024 at 11:56 AM Sain, Tony <Tony.Sain@lewisbrisbois.com> wrote:

Dear Counsel:

The current stipulation does not work for defendants.  Ms. McLaughlin is trying to find a defense-workable alternative.  However, as she previously advised, that requires a lot of scheduling coordination, since you also want to move the trial date.

Additionally, defendants cannot agree to any continuances unless and until the mediation has been rescheduled.

Ms. McLaughlin will get back to you as soon as feasible.  Thanks!

Respectfully,

Tony M. Sain, Esq., Partner Of

**LEWIS, BRISBOIS, BISGAARD & SMITH LLP**

633 West 5th Street, Suite 4000

Los Angeles, CA 90071

213.250.1800 (main)

[Tony.Sain@lewisbrisbois.com](mailto:Tony.Sain@lewisbrisbois.com)

[https://lewisbrisbois.com/attorneys/sain-tony-m](https://lewisbrisbois.com/attorneys/sain-tony-m)

---

**From:** Lena Andrews <[lena.andrews@bncllaw.com](mailto:lena.andrews@bncllaw.com)>
**Sent:** Friday, April 26, 2024 11:20 AM
**To:** McLaughlin, Abigail <[Abigail.McLaughlin@lewisbrisbois.com](mailto:Abigail.McLaughlin@lewisbrisbois.com)>
**Cc:** Gregg Audet <[gaudet@anaheim.net](mailto:gaudet@anaheim.net)>; Bakken, Tori <[Tori.Bakken@lewisbrisbois.com](mailto:Tori.Bakken@lewisbrisbois.com)>; Fox (LA), Dana <[Dana.Fox@lewisbrisbois.com](mailto:Dana.Fox@lewisbrisbois.com)>; Sain, Tony <[Tony.Sain@lewisbrisbois.com](mailto:Tony.Sain@lewisbrisbois.com)>; Irvin Aguirre <[irvin.aguirre@bncllaw.com](mailto:irvin.aguirre@bncllaw.com)>; Julia Quesada <[julia.quesada@bncllaw.com](mailto:julia.quesada@bncllaw.com)>; DeWitt Lacy <[dewitt@bncllaw.com](mailto:dewitt@bncllaw.com)>
**Subject:** Re: [EXT] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order

Good morning:

I am following up on Defendants' position on the stipulation. Please advise.

Regards,

Lena P. Andrews

*Attorney*

<~WRD0000.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Tue, Apr 23, 2024 at 8:13 PM Lena Andrews <lena.andrews@bncllaw.com> wrote:

Ms. McLaughlin:

A draft stipulation is attached. The dates reflect a 60 day continuance. If the proposed trial date does not work for your office, please suggest alternative dates and we would be happy to consider them.

Please use track changes for any suggested revisions.

Regards,

Lena P. Andrews

*Attorney*

14

<~WRD0000.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Mon, Apr 22, 2024 at 11:58 AM McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com> wrote:

Ms. Andrews:

As you know, counsel on this matter are also currently engaged in trial on the Nunis matter.  We are discussing the continuance and will get back to you as soon as we can, given the May 10, 2024 fact discovery cut-off.  It may be easier to assess if you could circulate a stipulation with proposed dates – that way we are able to see if such comports with our trial schedule in other matters.

Thank you,

Abigail

<image001.png>                            **Abigail J. R. McLaughlin** (She/Her/Hers)
                                           **Partner**
                                           **Abigail.McLaughlin@lewisbrisbois.com**

15

**T: 213.358.6001 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

<image002.png>

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the s delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Monday, April 22, 2024 11:53 AM
**To:** Gregg Audet <gaudet@anaheim.net>; Bakken, Tori <Tori.Bakken@lewisbrisbois.com>;
Fox (LA), Dana <Dana.Fox@lewisbrisbois.com>; McLaughlin, Abigail
<Abigail.McLaughlin@lewisbrisbois.com>; Sain, Tony <Tony.Sain@lewisbrisbois.com>
**Cc:** Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>;
DeWitt Lacy <dewitt@bncllaw.com>
**Subject:** [EXT] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re
Modification of the Scheduling Order

Counsel:

I am following up on my email from Thursday. Please advise as to your position on a
stipulation to continue.

Regards,

Lena P. Andrews

*Attorney*

<~WRD0000.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

 **Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Apr 18, 2024, at 12:04 PM, Lena Andrews <lena.andrews@bncllaw.com> wrote:

Counsel:

I am writing to request that we meet and confer regarding a stipulation to modify the scheduling order in the *Lopez* matter.

As you well know, the Nunis trial is currently ongoing and will last until at least the beginning of May with jury deliberations. Currently, the fact discovery cutoff for Lopez is May 10, 2024.  As you know, we previously had a mediation scheduled but due to obligations with her employer, Plaintiffs were not able to attend. Plaintiffs remain interested in engaging in additional settlement discussions and I believe it would be prudent to extend all deadlines in this matter to allow for additional time for those settlement discussions prior to the parties expending additional costs on the case in taking more depositions and hiring experts.

Furthermore, the current trial date in this case (September 17, 2024), ordered by the Court in response to Defendants' Motion to Continue, conflicts with a trial in another matter that was set prior to the Court's order in this matter. That trial is very likely to move forward, necessitating a continuance of this trial.

We would request a sixty day continuance of all deadlines to allow time for the parties to find a mutually convenient date for a mediation and to address the conflict with the trial date. Please advise if you are willing to stipulate to a continuance and I will prepare a stipulation.

Thank you in advance for your anticipated professional courtesy.

Regards,

Lena P. Andrews

*Attorney*

<~WRD0000.jpg>

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or

otherwise be protected by law. Any access, use, disclosure or distribution of this message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use,

disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."

# EXHIBIT C

**McLaughlin, Abigail**

| | |
|---|---|
| **From:** | Bakken, Tori |
| **Sent:** | Thursday, May 2, 2024 1:24 PM |
| **To:** | Lena Andrews |
| **Cc:** | Sain, Tony; McLaughlin, Abigail; Irvin Aguirre; Gregg Audet; Julia Quesada; DeWitt Lacy; Medina, Christina; Arabyan, Lilit |
| **Subject:** | RE: [EXT] Re: Lopez (PC) Mediation Dates |

Great, we will hold this date open awaiting confirmation details.

Thanks,
Tori

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Thursday, May 2, 2024 1:17 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Gregg Audet <GAudet@anaheim.net>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Arabyan, Lilit <Lilit.Arabyan@lewisbrisbois.com>
**Subject:** [EXT] Re: Lopez (PC) Mediation Dates

We can be available on May 14. I will get in touch with Judge Biderman to get it scheduled.

Regards,

Lena P. Andrews
*Attorney*

**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

1

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Thu, May 2, 2024 at 12:08 PM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Afternoon,

In follow up to the below, we've since contacted Judge Biderman, and the 17th does not work for him. However, he can make the 13th or 14th of this month work. Would either of those work for you for a Zoom mediation?

Thanks,

Tori



**Tori L. N. Bakken**
**Attorney**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Sent:** Thursday, May 2, 2024 10:28 AM
**To:** Lena Andrews <lena.andrews@bncllaw.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Gregg Audet <GAudet@anaheim.net>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Arabyan, Lilit <Lilit.Arabyan@lewisbrisbois.com>
**Subject:** RE: Lopez (PC) Mediation Dates

Good Morning Counsel,


I know you've stated that 5/17 is not *ideal*, however after speaking with our client, that option (and 5/15, which you've already stated is not workable on your end) are the <u>only</u> options that work for us. We do not have authority to continue any dates/deadlines until the mediation has occurred, so we would like to get this back on calendar ASAP.


Please confirm by EOD tomorrow (5/3) that you can make this option work.


Thank you,

Tori


**Tori L. N. Bakken**
**Attorney**
Los Angeles
213.680.5172 or x2135172

---

**From:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Sent:** Thursday, May 2, 2024 7:02 AM
**To:** Lena Andrews <lena.andrews@bncllaw.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>; Arabyan, Lilit <Lilit.Arabyan@lewisbrisbois.com>
**Subject:** Lopez (PC) Mediation Dates


Good Morning Lena,


Please be patient, getting additional dates requires coordinating multiple schedules. If those May dates don't work, we will likely be looking at late July. I will get those available dates to you once confirmed.


Thanks,

Tori

3



**Tori L. N. Bakken**
**Attorney**
Tori.Bakken@lewisbrisbois.com

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Wednesday, May 1, 2024 12:15 PM
**To:** Bakken, Tori <Tori.Bakken@lewisbrisbois.com>
**Cc:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Gregg Audet <gaudet@anaheim.net>; Fox (LA), Dana <Dana.Fox@lewisbrisbois.com>; Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>; Medina, Christina <Christina.Medina@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: [PC] Re: Lopez et al v City of Anaheim et al - Request to Meet and Confer re Modification of the Scheduling Order

Good morning:

I am following up on the trial date and a date for the rescheduled mediation. Please advise.

Regards,

Lena P. Andrews

# EXHIBIT D

**McLaughlin, Abigail**

| | |
|---|---|
| **From:** | Lena Andrews <lena.andrews@bncllaw.com> |
| **Sent:** | Monday, April 15, 2024 12:27 PM |
| **To:** | Bakken, Tori |
| **Cc:** | Sain, Tony; Fox (LA), Dana; McLaughlin, Abigail; Gregg Audet; Irvin Aguirre; Julia Quesada; DeWitt Lacy; Medina, Christina |
| **Subject:** | Re: [EXT] Lopez et al v City of Anaheim et al - Courtesy Copy of Plaintiffs' Objection to Amended Deposition Notice for Plaintiff Johanna Lopez |



Ms. Lopez can be available May 8 or 9. Please advise if one of these dates will work for your office.

Regards,

Lena P. Andrews
*Attorney*



**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.

On Mon, Apr 15, 2024 at 11:46 AM Bakken, Tori <Tori.Bakken@lewisbrisbois.com> wrote:

Good Afternoon Counsel,


In light of your objection, please provide alternative workable dates for Ms. Lopez's deposition before the 5/10 cut off by this Friday (4/19).

Thanks,

Tori



**Tori L. N. Bakken**
**Attorney**
**Tori.Bakken@lewisbrisbois.com**

**T: 213.680.5172 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lena Andrews <lena.andrews@bncllaw.com>
**Sent:** Friday, April 12, 2024 10:53 AM
**To:** Sain, Tony <Tony.Sain@lewisbrisbois.com>; Fox (LA), Dana <Dana.Fox@lewisbrisbois.com>; Bakken, Tori <Tori.Bakken@lewisbrisbois.com>; McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com>; Gregg Audet <gaudet@anaheim.net>
**Cc:** Irvin Aguirre <irvin.aguirre@bncllaw.com>; Julia Quesada <julia.quesada@bncllaw.com>; DeWitt Lacy <dewitt@bncllaw.com>
**Subject:** [EXT] Lopez et al v City of Anaheim et al - Courtesy Copy of Plaintiffs' Objection to Amended Deposition Notice for Plaintiff Johanna Lopez

Good morning:

Please find attached a courtesy copy of Plaintiffs' Objection to the Amended Deposition Notice for Plaintiff Johanna Lopez.

A physical copy will follow by mail to:

Lewis Brisbois Bisgaard and Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071


Regards,



Lena P. Andrews

*Attorney*



**Burris, Nisenbaum, Curry and Lacy LLP**

9701 Wilshire Blvd., Suite 1000

Beverly Hills, CA 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
Website: www.johnburrislaw.com


**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (310) 601-7070, and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.


"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."


"CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any access, use, disclosure or distribution of this email message by anyone other than the intended recipient(s) is unauthorized and prohibited. If you are not an intended recipient (or an agent acting on an intended recipient's behalf), please contact the sender by reply e-mail and immediately destroy all copies of the original message. Virus scanning is recommended on all email attachments."