**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

# UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez, <br><br> Plaintiff, <br><br> vs. | Case No.: 8:22-cv-01351-JVS-ADS <br><br> *(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)* <br><br> **DECLARATION OF LENA P. ANDREWS IN SUPPORT OF AMENDED EX PARTE PETITION TO APPROVE MINOR'S COMPROMISE FOR MINOR PLAINTIFF S.L.** |

BURRIS, NISENBAUM, CURRY & LACY LLP

9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,

Defendants.

I, Lena P. Andrews declare:

1.     I am an attorney who is licensed to practice law in California and before this Court. I represent the Plaintiffs in the above captioned matter and I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2.     The nature of Plaintiff S.L.'s claims are set forth in the operative complaint.

**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF AMENDED EX PARTE PETITION TO APPROVE MINOR'S COMPROMISE FOR MINOR PLAINTIFF S.L**

3.     Medical treatment and medical billing are not relevant.  Plaintiff S.L. has not received medical treatment in connection with this case.

4.     Minor Plaintiffs S.L., B.L., J.L., and M.R  and Defendants Officers and the City of Anaheim reached a settlement in this matter. The total settlement for this matter is in the amount of $5,800,000, inclusive of all costs and attorney's fees.

5.     The minor Plaintiffs, by and through their respective guardian ad litems, have agreed to even apportionment of the total amount between the four minor Plaintiffs. Thus, Minor Plaintiff S.L.'s gross settlement amount shall be $1,450,000, equal to 25% of the total settlement.

6.     Burris, Nisenbaum, Curry & Lacy hereby request attorney's fees in the amount of 25% of the total gross settlement to Minor Plaintiff S.L., equaling $362,500.00, pursuant to the contingency agreement between Minor Plaintiff S.L., by and through his guardian ad litem Rocio Flores, and Burris, Nisenbaum, Curry & Lacy LLP.

7.     The minor Plaintiffs, by and through their respective guardian ad litems, have agreed to an even apportionment of the total costs.

8.     The total costs expended by counsel in the course of litigation for all Minor Plaintiffs in this matter is $14,573.95. Thus, Minor Plaintiff S.L. shall bear $3,643.49 in litigation costs.

9.     Minor Plaintiff S.L. will thus receive a net settlement in the amount of $1,083,856.51.

10.     Petitioner Rocio Flores has reviewed the proposed settlement and structured disbursement schedule in Exhibit A.

11.     California Welfare and Institutions Code Section 14124.73 does not apply.

12.     This motion does not seek an order for payment of money to a special needs trust.

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite  1000
Beverly Hills, California 90212

**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF AMENDED EX PARTE PETITION TO APPROVE MINOR'S COMPROMISE FOR MINOR PLAINTIFF S.L**

13.     This petition was prepared by Burris, Nisenbaum, Curry & Lacy LLP, counsel for Minor Plaintiff S.L. in this action. DeWitt M. Lacy, Julia N. Quesada, and Lena P. Andrews are counsel of record for Minor Plaintiff S.L. Burris, Nisenbaum, Curry & Lacy is in agreement with the terms of this Petition.

14.     Plaintiff S.L.'s counsel also represent Plaintiffs Antonio Lopez and Johanna Lopez.

15.     Plaintiffs Antonio Lopez and Johanna Lopez are not parties to the subject settlement.

16.     DeWitt M. Lacy, Julia N. Quesada, and Lena P. Andrews, hereby represent to the Court that they became involved in this case at the request of Plaintiffs and have not received any compensation for their services in connection with this action from any person.

17.     Plaintiff S.L. previously filed a Petition for Minor's Compromise [Dkt. 114] which this Court granted [Dkt. 115]. After receiving the Order, Plaintiff S.L.'s counsel noticed a mathematical error in the original petition. The previous petition requested attorney's fees in the amount of 33.33%; however the correct amount should have been 25%. Plaintiff S.L. is thus submitting this amended petition to correct this mathematical error. No other changes have been made to the structure nor the petition.

//
//
//
//
//
//
//
//

**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF AMENDED EX PARTE PETITION TO APPROVE MINOR'S COMPROMISE FOR MINOR PLAINTIFF S.L**

Dated:  May 9, 2024

**BURRIS, NISENBAUM, CURRY & LACY LLP**


By: /s/ *Lena Andrews*
     DeWITT M. LACY
     JOHN L. BURRIS
     JULIA N. QUESADA
     LENA P. ANDREWS
     Attorneys for Plaintiff,
     Antonio Lopez, Johanna Lopez, &
     S.L. by and through his guardian ad
     litem Rocio Flores

**BURRIS, NISENBAUM, CURRY & LACY LLP**
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

DECLARATION OF LENA P. ANDREWS IN SUPPORT OF AMENDED EX PARTE PETITION TO APPROVE MINOR'S COMPROMISE FOR MINOR PLAINTIFF S.L