# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*<br><br>**[PROPOSED] ORDER GRANTING AMENDED EX PARTE PETITION TO APPROVE MINOR'S COMPROMISE FOR MINOR PLAINTIFF S.L.** |

Case No. 8:22-cv-01351-JVS-ADS

**[PROPOSED] ORDER**

| | |
|---|---|
| 1 | HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department, |

Defendants.

## [PROPOSED] ORDER

Having considered the Amended Ex Parte Petition to Approve Minor's Compromise for Minor Plaintiff S.L., the Court finds GOOD CAUSE therefore and hereby approves the minor's compromise, as amended, according to the terms set forth in the Amended Ex Parte Petition to Approve Minor's Compromise for Plaintiff S.L. and Exhibit A to the Declaration of Lena P. Andrews, filed concurrently with the Petition.

Dated:_____   By:_____
Honorable James V. Selna
United States District Judge for the
Central District of California