**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CAITLIN PANOV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successor in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; DOES 1-10,<br><br>Defendants. | Case No. 8:22-cv-1351-JVS-ADS<br>[*Hon. James V. Selna, Dist. Judge; Hon. Autumn D. Spaeth, M. Judge*]<br><br>**NOTICE OF FAILED MEDIATION AND DEFENDANTS' INTENTION TO MEET AND CONFER REGARDING STIPULATION TO CONTINUE ALL CASE MANAGEMENT DEADLINES AND TRIAL DATE**<br><br>Complaint Filed: 07/21/2022<br>Trial Date: 09/17/2024 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on May 14, 2024, the Parties participated in private mediation via Zoom before the Hon. Joseph Biderman. Unfortunately, despite being closer than the Parties have ever been to settling this case, surprisingly, the Parties were not able to reach a settlement.

As repeatedly stated by Defendants CITY OF ANAHEIM, JORGE CISNERO, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CAITLIN PANOV ("Anaheim Defendants") in their Oppositions to Plaintiffs' Ex Parte Motion to Modify the Scheduling Order and Plaintiffs' Amended Ex Parte Motion to Modify the Scheduling Order, Defendants were willing to revisit a stipulation for continuance if the May 14, 2024 mediation would not resolve this case. [Dkt. 118, 122.]

As the Court has not yet ruled on Plaintiffs' Amended Ex Parte Motion to Modify the Scheduling Order [Dkt. 121], Anaheim Defendants submit this filing to notify the Court that, though Defendants still Oppose Plaintiffs' Amended Ex Parte Motion to Modify the Scheduling Order, as the proposed dates create conflicts with Defendants' current trial schedule in other matters, Defendants are reaching out to confer with Plaintiffs about a Stipulation to Continue All Case Management Deadlines and Trial Date in this matter, in hopes of reaching an amicable resolution to present this Court with agreed upon dates for said continuance.

///
///
///

1  Defendants respectfully recommend that the honorable Court consider denying
2  without prejudice Plaintiffs' Amended Ex Parte Motion to Modify the Scheduling
3  Order [Dkt. 121] so as to allow the parties additional time to sort out a potential
4  continuance stipulation now that a good-faith mediation has unexpectedly failed to
5  resolve the case.

7  DATED: May 14, 2024         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By:    */s/ Abigail J.R. McLaughlin*
                                     DANA ALDEN FOX
                                     TONY M. SAIN
                                     TORI L. N. BAKKEN
                                     ABIGAIL J. R. McLAUGHLIN
                                 Attorneys for Defendants,
                                 CITY OF ANAHEIM, JORGE
                                 CISNEROS, PAUL DELGADO, BRETT
                                 HEITMAN, KENNETH WEBER, and
                                 CAITLIN PANOV

**FEDERAL COURT PROOF OF SERVICE**
LOPEZ, ANTONIO, et al. v. CITY OF ANAHEIM, et al.
Case No. 8:22-cv-1351

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 14, 2024, I served the following document(s): NOTICE OF FAILED MEDIATION AND DEFENDANTS' INTENTION TO MEET AND CONFER REGARDING STIPULATION TO CONTINUE ALL CASE MANAGEMENT DEADLINES AND TRIAL DATE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 14, 2024, at Los Angeles, California.

　　　　　　　　　　　　　　　/s/ Abigail J. R. McLaughlin
　　　　　　　　　　　　　　　Abigail J. R. McLaughlin

140297946.1

1

NTC. OF FAILED MEDIATION AND DEFTS.' INTENT. TO MEET & CONFER RE STIP. TO CONTINUE

**SERVICE LIST**
**LOPEZ, ANTONIO, et al. v. CITY OF ANAHEIM, et al.**
**Case No. 8:22-cv-1351**

| | |
|---|---|
| **BURRIS, NISENBAUM, CURRY & LACY LLP**<br>JOHN L. BURRIS, Esq. (SBN 69888)<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone: (510) 839-5200<br>Facsimile: (510) 839-3882<br>john.burris@johnburrislaw.com | **ATTORNEYS FOR PLAINTIFFS:**<br>Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores |
| **BURRIS, NISENBAUM, CURRY & LACY LLP**<br>DEWITT M. LACY, Esq. (SBN 258789)<br>JULIA N. QUESADA, Esq. (SBN 337872)<br>LENA P. ANDREWS, Esq. (SBN 342471)<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, California 90212<br>Telephone: (310) 601-7070<br>Facsimile: (510) 839-3882<br>dewitt@bncllaw.com<br>julia.quesada@bncllaw.com<br>lena.andrews@bncllaw.com | **ATTORNEYS FOR PLAINTIFFS:**<br>Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores |
| Gregg M. Gaudet, Assistant City Attorney<br>City of Anaheim<br>200 South Anaheim Boulevard, Suite 356<br>Anaheim, CA 92805<br>Telephone: (714) 765-5169<br>gaudet@anaheim.net<br>RFabela@anaheim.net<br>KPelletier@anaheim.net<br>MMerrill@anaheim.net<br>TMatthews@anaheim.net | **ATTORNEYS FOR DEFENDANTS:**<br>City of Anaheim |