# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 8:22-cv-01351-JVS(ADSx) |
| Date | May 15, 2024 |
| Title | Antonio Lopez et al v. City of Anaheim et al |

**Present: The Honorable** James V. Selna, U.S. District Court Judge

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** Order Re J.L. and B.L. Minors' Compromise

The Court has reviewed the application for minors' compromises for J.L. and B.L. The Court requests that counsel supplement the application with an explanation why the monthly payments at majority differ: J.L. ($4,953.42) and B.L ($4,626.18.).

It is so Ordered.