# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM | Case No.: 8:22-cv-01351-JVS-ADS <br><br> *(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)* <br><br> **ORDER GRANTING PLAINTIFFS' AMENDED EX PARTE MOTION TO MODIFY THE SCHEDULING ORDER [121]** |

Case No. 8:22-cv-01351-JVS-ADS

**ORDER**

Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,,

Defendants.

# ORDER

The Court has reviewed Plaintiffs' Amended Ex Parte Motion to Modify the Scheduling Order, filed May 7, 2024. Finding GOOD CAUSE therefore, the Court GRANTS and accepts the proposed dates with the exception of the date for filing motions *limine*.

| Case Event | Current Deadline [Dkt 110] | Proposed Deadline |
|---|---|---|
| Jury Trial | September 17, 2024, at 8:30 am | no change. |
| File Findings of Fact and Conclusions of Law | September 10, 2024 | no change. |
| Final Pre-Trial Conference | September 9, 2024, at 11:00 am | no change. |
| File Pre-Trial Documents | August 26, 2024 | no change. |
| File Motions in Limine | August 5, 2024 | August **12**, 2024 |
| Fact Discovery Cut-off | May 10, 2024 | June 7, 2024 |
| Expert Discovery Cut-off | June 14, 2024 | July 12, 2024 |
| Initial Disclosure of Experts | May 17, 2024 | June 14, 2024 |
| Rebuttal Disclosure of Experts | May 31, 2024 | June 28, 2024 |
| Law and Motion Cut-off | July 15, 2024, at 1:30 pm | August 12, 2024, at 1:30 pm |
| Motions to be filed and served | June 17, 2024 | July 15, 2024 |

**IT IS SO ORDERED.**

Dated: May 15, 2024    By: *[signature]*
Honorable Judge James V. Selna
United States District Judge for the
Central District of California