Angel Carrazco, Jr. Esq. (SBN 230845); angel@carrazcolawapc.com
Kent M. Henderson, Esq. (SBN 139530); hendolaw@gmail.com
**CARRAZCO LAW A.P.C.**
18301 Irvine Boulevard
Tustin, CA 92780
Tel: (714) 541-8600
Fax: (714) 541-8601

Attorneys for minor Plaintiffs J.L. and B.L.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; and DOES 1-10, inclusive, | CASE NO.: 8:22-cv-01351-JVS-ADS<br><br>**PLAINTIFF J.L. AND B.L.'S RESPONSE TO CIVIL MINUTES DOCUMENT 125 FILED MAY 15, 2024 RE: WHY PAYAMENTS AT MAJORITY ARE DIFFERENT**<br><br>Honorable James V. Selna<br>Hon. Mag. Judge Autmn D. Spaeth |

**TO THE HONORABLE JAMES V. SELNA, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiffs J.L. and B.L., minors by and through their Guardian Ad Litem, Rachel Perez, do hereby provide the information requested by the Court regarding why the monthly payments differ at majority for Minor Plaintiffs J.L. and B.L.  In the Civil Minutes [Doc 125 Filed 5-15-2024], the Court wrote, "[t]he Court requests that counsel supplement the application with an explanation why the monthly payments at majority differ: J.L. ($4,953.42) and B.L ($4,626.18.)."

Upon receiving these Civil Minutes, Plaintiff's counsel promptly consulted with the structured settlement broker for these annuities, Ali Mendiola of Ringler & Associates, and inquired as to the Court's question.  With the information she provided, Plaintiff responds as follows:

1. Plaintiff J.L. (current Age: 13 years old; Date of Birth [12-1-2010]), is younger and has more time until he reaches age 18.  Because of this the money placed in the annuity for J.L. has more time to grow and increase and the monthly payment at age 18 for J.L. is higher.
2. Plaintiff B.L. (current Age:  15 years old; Date of Birth [03-04-2009]) is older and has less time until she reaches age 18.  Because of this the money placed in the annuity for B.L. has less time to grow and increase and the monthly payment at age 18 for B.L. is lower.

Dated:  May 15, 2024

CARRAZCO LAW, A.P.C.


/S/ Kent M. Henderson
KENT M. HENDERSON
Attorneys for Plaintiffs J.L., and B.L.