# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*Honorable James V. Selna*<br><br>**ORDER APPROVING EX PARTE PETITION FOR APPROVAL OF MINORS COMPORMISES AND TERMS OF STRUCTURED SETTLMENT / ANNUITY FOR THE COMPROMISE OF MINOR PLAINTIFF J.L. AND B.L.'s CLAIMS [116]** |

1

ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFFS J.L. AND B.L.

# ORDER

This Court, having considered Plaintiffs J.L. and B.L's Ex Parte Petition for Approval of Mimors' Compromises and Terms of Structured Settlement / Annuity for the Compromise of Minor Plaintiffs J.L. and B.L's Claims, and GOOD CAUSE appearing therefore, hereby GRANTS the Petition and makes the following orders:

1. The settlement of minor Plaintiffs J.L. and B.L.'s action against the Defendant City of Anaheim in the gross amount of $1,450,000.00 (each minor) is approved.

2. Defendant, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the net amount of $1,083,640.38 for minor Plaintiff J.L., and $1,083,640.38 for minor Plaintiff B.L. payable as follows:

3. A draft for $732,719.24 shall be made payable to "Carrazco Law, A.P.C., Client Trust Account." These funds shall be used to (1) satisfy the attorneys' fees owed to Carrazco Law, A.P.C., in the amount of $725,000.00; and (2) costs owed to Carrazco Law A.P.C., in the amount of $7,719.24.

4. Defendant City of Anaheim will purchase a structured annuity for the minor Plaintiffs J.L. and B.L. in the amount of $1,083,640.38 (each minor) from Prudential Assigned Settlement Services Corporation (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by The Prudential Insurance Company of America (hereinafter referred to as "Annuity Issuer") rated A+XV A.M. Best's credit ratings as set forth in "Exhibit No. 1" and "Exhibit No. 2" to the Petition and in the table below.

2

ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFFS J.L. AND B.L.

5. Defendant will deliver the annuity premium checks to Plaintiff's J.L. and B.L. structured settlement company, Prudential Insurance Company to fund the annuity.

6. Annuity Issuer shall provide periodic payments in accordance with "Exhibit No. 1" and "Exhibit No. 2" to the Petition and as set forth in the table below.

7. All sums and periodic payments set forth in the section entitled "Payments" constitute damages on account of personal injuries or illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

8. Prior to J.L. and B.L. reaching the age of majority, disbursement drafts will be made payable and issued to J.L. and B.L.'s parent and natural guardian, Rachel Perez, according to the payment schedule. Disbursement drafts will be made payable and will begin being issued directly to J.L. and B.L. upon reaching the age of maturity according to the payment schedule.

**Periodic payments payable to RACHEL PEREZ, guardian ad litem for the benefit of J.L and B.L.**

| | |
|---|---|
| $2,000.00 for J.L. | Payable Monthly, for 4 years, 5 months, and, commencing on 07/15/2024; last guaranteed payment on 11/15/2028. |
| $2,000.00 for B.L. | Payable Monthly, for 2 years, 8 months and, commencing on 07/15/24; last guaranteed payment on 02/15/27. |

**Periodic Payments payable to B.L. and J.L.**

| | |
|---|---|
| $4,953.42 for J.L. | Commencing at age 18 (12/01/28) Payable monthly, Guaranteed for 25 years & Life. |
| $4,626.18 for B.L. | Commencing at age 18 (03/04/27) Payable monthly, Guaranteed for 25 years & Life. |

3

ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFFS J.L. AND B.L.

9. Defendant will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee, of the Defendant's liability to make the periodic payments as described in the above table and in "Exhibit A" to the Declaration of Kent M. Henderson, filed concurrently herewith. Such assignment, if made, shall be accepted by the Plaintiff without right of rejection and shall completely release and discharge Defendant from such obligations hereunder as are assigned to Assignee. This includes that Defendant shall execute a Qualified Assignment document.

10. Defendant and/or Assignee shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

11. Assignee shall be the owner of the annuity policy or policies, and shall have all rights of ownership.

12. The Assignee will have the Annuity Issuer mail payments directly to the Plaintiff, as set forth above. Rachel Perez (until J.L. reaches the age of the majority) and then J.L. shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

13. The Assignee will have the Annuity Issuer mail payments directly to the Plaintiff, as set forth above. Rachel Perez (until B.L. reaches the age of the majority) and then B.L. shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

**IT IS SO ORDERED.**

Dated: May 29, 2024

*[Signature]*

The Honorable James V. Selna
United States District Court Judge

4

ORDER APPROVING COMPROMISE OF THE MINOR PLAINTIFFS J.L. AND B.L.