**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CATALIN PANOV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successor in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF ANAHEIM; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; DOES 1-10,<br><br>    Defendants. | Case No. 8:22-cv-1351-JVS-ADS<br>[*Hon. James V. Selna, Dist. Judge; Hon. Autumn D. Spaeth, M. Judge*]<br><br>**DECLARATION OF ABIGAIL J. R. MCLAUGHLIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>*Filed Concurrently with Defendants' Motion for Summary Judgment or Partial Summary Judgment; Statement of Undisputed Facts; Notice of Lodging; and [Proposed] Order*<br><br>Date:    August 12, 2024<br>Time:    1:30 p.m.<br>Crtrm.:  10C<br><br>FPTC Date:    September 9, 2024<br>Trial Date:    September 17, 2024 |

1  I, Abigail J. R. McLaughlin, declare as follows:

2  1.  I am an attorney duly admitted to practice in all of the courts of the State of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CATALIN PANOV ("Defendants") herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

3  2.  This declaration is made in support of Defendants' motion for summary judgment, or partial summary judgment, in this action.

4  3.  Lodged concurrently with the filing of this declaration as Exhibit "1" and incorporated by reference herein is a true and correct copy of a composite video made up of all video footage regarding the incident played simultaneously, which was produced with Defendants' Supplemental Expert Disclosures on July 12, 2024.

5  4.  Lodged concurrently with the filing of this declaration as Exhibit "2" and incorporated by reference herein is a true and correct copy of the audio interview of Anaheim Police Investigator Ricky Reynoso, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

6  5.  Lodged concurrently with the filing of this declaration as Exhibit "3" and incorporated by reference herein is a true and correct copy of the audio interview of Santa Ana Police Department Officer Kenny Aguilar, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

7  6.  Lodged concurrently with the filing of this declaration as Exhibit "4" and incorporated by reference herein is a true and correct copy of a cell phone video reflecting Mr. Lopez's collision with another vehicle during the September 28, 2021 incident, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

8  7.  Lodged concurrently with the filing of this declaration as Exhibit "5" and incorporated by reference herein is a true and correct copy of the audio interview of

1  Defendant Sergeant Kenneth Weber, which was produced with Defendant City of
2  Anaheim's Initial Disclosures on or about October 10, 2022.

3       8. Lodged concurrently with the filing of this declaration as Exhibit "6" and incorporated by reference herein is a true and correct copy of the audio interview of non-party incident witness Santa Ana Police Department Officer Sergio Martinez, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

       9. Lodged concurrently with the filing of this declaration as Exhibit "7" and incorporated by reference herein is a true and correct copy of the audio interview of Santa Ana Police Department Corporal Luis Galeana, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

      10. Lodged concurrently with the filing of this declaration as Exhibit "8" and incorporated by reference herein is a true and correct copy of the audio interview of Santa Ana Police Department Officer Nelson Menendez, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

      11. Lodged concurrently with the filing of this declaration as Exhibit "9" and incorporated by reference herein is a true and correct copy of the audio interview of Anaheim Police Department Officer Brandon Mullins, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

      12. Lodged concurrently with the filing of this declaration as Exhibit "10" and incorporated by reference herein is a true and correct copy of the audio interview of Anaheim Police Department Officer James Lopez, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

      13. Lodged concurrently with the filing of this declaration as Exhibit "11" and incorporated by reference herein is a true and correct copy of dispatch audio regarding the September 28, 2021 incident related to the vehicular pursuit involving Mr. Lopez, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

1  14. Lodged concurrently with the filing of this declaration as Exhibit "12" and incorporated by reference herein is a true and correct copy of dispatch audio regarding the September 28, 2021 incident related to the stand-off involving Mr. Lopez, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

15. Lodged concurrently with the filing of this declaration as Exhibit "13" and incorporated by reference herein is a true and correct copy of the audio interview of Defendant Officer Brett Heitman, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

16. Lodged concurrently with the filing of this declaration as Exhibit "14" and incorporated by reference herein is a true and correct copy of the audio interview of Defendant Officer Catalin Panov, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

17. Lodged concurrently with the filing of this declaration as Exhibit "15" and incorporated by reference herein is a true and correct copy of the audio interview of Defendant Sergeant Paul Delgado, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

18. Attached hereto as Exhibit "16" and incorporated by reference herein is a true and correct copy of the body worn camera footage of Defendant Sergeant Paul Delgado, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

19. Attached hereto as Exhibit "17" and incorporated by reference herein is a true and correct copy of the body worn camera footage of Defendant Officer Catalin Panov, which was produced with Defendant City of Anaheim's Initial Disclosures on or about October 10, 2022.

20. Attached hereto as Exhibit "18" and incorporated by reference herein is a true and correct copy of the body worn camera footage of Defendant Sergeant

1  Kenneth Weber, which was produced with Defendant City of Anaheim's Initial
2  Disclosures on or about October 10, 2022.
3      21.    Attached hereto as Exhibit "19" and incorporated by reference herein is
4  a true and correct copy of the pertinent portions of the transcript of the interview taken
5  of non-party incident witness Anaheim Police Investigator Ricky Reynoso regarding
6  the incident.
7      22.    Attached hereto as Exhibit "20" and incorporated by reference herein is
8  a true and correct copy of the pertinent portions of the transcript of the interview taken
9  of non-party witness Santa Ana Police Department Officer Kenny Aguilar regarding
10  the incident.
11      23.    Attached hereto as Exhibit "21" and incorporated by reference herein is
12  a true and correct copy of the pertinent portions of the transcript of the interview taken
13  of Defendant Sergeant Paul Delgado regarding the incident.
14      24.    Attached hereto as Exhibit "22" and incorporated by reference herein is
15  a true and correct copy of the pertinent portions of the transcript of the interview taken
16  of Defendant Sergeant Kenneth Weber regarding the incident.
17      25.    Attached hereto as Exhibit "23" and incorporated by reference herein is
18  a true and correct copy of the pertinent portions of the transcript of the interview taken
19  of Defendant Officer Catalin Panov regarding the incident.
20      26.    Attached hereto as Exhibit "24" and incorporated by reference herein is
21  a true and correct copy of the pertinent portions of the transcript of the interview taken
22  of non-party witness Santa Ana Police Department Officer Sergio Martinez regarding
23  the incident.
24      27.    Attached hereto as Exhibit "25" and incorporated by reference herein is
25  a true and correct copy of the pertinent portions of the transcript of the interview of
26  non-party incident witness Santa Ana Police Department Corporal Luis Galeana
27  regarding the incident.
28



142756408.1

5

McLAUGHLIN DECL. ISO DEFTS.' MTN. FOR SUMMARY JUDGMENT

28.     Attached hereto as Exhibit "26" and incorporated by reference herein is a true and correct copy of the pertinent portions of the transcript of the interview taken of Defendant Officer Brett Heitman regarding the incident.

29.     Attached hereto as Exhibit "27" and incorporated by reference herein is a true and correct copy of the pertinent portions of the transcript of the interview of non-party incident witness Anaheim Police Officer Brandon Mullins regarding the incident.

30.     Attached hereto as Exhibit "28" and incorporated by reference herein is a true and correct copy of the pertinent portions of the transcript of the interview of non-party incident witness Santa Ana Police Officer Nelson Menendez regarding the incident.

31.     Attached hereto as Exhibit "29" and incorporated by reference herein is a true and correct copy of the pertinent portions of the transcript of the interview of non-party incident witness Anaheim Police Officer James Lopez regarding the incident

32.     Attached hereto as Exhibit "30" and incorporated by reference herein is a true and correct copy of the Anaheim Police Department's Use of Force Policy.

33.     Attached hereto as Exhibit "31" and incorporated by reference herein is a true and correct copy of the pertinent portions of the transcript of the deposition of Plaintiff Johana Lopez, taken on May 8, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 15th day of July, 2024, at Los Angeles, California.

                         _/s/ Abigail. J.R. McLaughlin_
                         Abigail J. R. McLaughlin