**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CATALIN PANOV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successor in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY OF ANAHEIM; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; DOES 1-10,<br><br>        Defendants. | Case No. 8:22-cv-1351-JVS-ADS<br>[*Hon. James V. Selna, Dist. Judge; Hon. Autumn D. Spaeth, M. Judge*]<br><br>**NOTICE OF LODGING OF NON-PAPER EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>*Filed Concurrently with Defendants' Motion for Summary Judgment or Partial Summary Judgment; Statement of Undisputed Facts; Declaration of Abigail J.R. McLaughlin; and [Proposed] Order*<br><br>Date:    August 12, 2024<br>Time:    1:30 p.m.<br>Crtrm.:  10C<br><br>FPTC Date:    September 9, 2024<br>Trial Date:     September 17, 2024 |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

In accordance with C.D. Cal. Local Rules 5-4.2(b)(1) and 11-5.1, CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CATALIN PANOV ("Defendants") hereby lodge the following non-paper physical exhibits in support of their Motion for Summary Judgment or Partial Summary Judgment via USB:

1. Exhibit 1: Composite Video of September 28, 2021 Incident.
2. Exhibit 2: Audio of interview with non-party witness Anaheim Police Investigator Ricky Reynoso regarding the incident.
3. Exhibit 3: Audio of interview with non-party witness Santa Ana Police Department Officer Kenny Aguilar regarding the incident.
4. Exhibit 4: Non-party witness' cell phone video footage regarding the September 28, 2021 incident.
5. Exhibit 5: Audio of interview with Defendant Sergeant Kenneth Weber regarding the incident.
6. Exhibit 6: Audio of interview with non-party witness Santa Ana Police Department Officer Sergio Martinez regarding the incident.
7. Exhibit 7: Audio of interview with non-party witness Santa Ana Police Department Corporal Luis Galeana regarding the incident.
8. Exhibit 8: Audio of interview with non-party witness Santa Ana Police Department Officer Nelson Menendez regarding the incident.
9. Exhibit 9: Audio of interview with non-party witness Anaheim Police Department Officer Brandon Mullins regarding the incident.
10. Exhibit 10: Audio of interview with non-party witness Anaheim Police Department Officer James Lopez regarding the incident.
11. Exhibit 11: Dispatch audio regarding the September 28, 2021 incident related to the vehicular pursuit.



12. Exhibit 12: Dispatch audio regarding the September 28, 2021 incident related to the stand-off.

13. Exhibit 13: Audio of interview with Defendant Officer Brett Heitman regarding the incident.

14. Exhibit 14: Audio of interview with Defendant Officer Catalin Panov regarding the incident.

15. Exhibit 15: Audio of interview with Defendant Officer Paul Delgado regarding the incident.

16. Exhibit 16: Defendant Sergeant Paul Delgado's Body Worn Camera footage regarding the September 28, 2021 incident.

17. Exhibit 17: Defendant Officer Catalin Panov's Body Worn Camera footage regarding the September 28, 2021 incident.

18. Exhibit 18: Defendant Sergeant Kenneth Weber's Body Worn Camera footage regarding the September 28, 2021 incident.

DATED: July 15, 2024         LEWIS BRISBOIS BISGAARD & SMITH LLP


By: ___/s/ Abigail J.R. McLaughlin___
    DANA ALDEN FOX
    TONY M. SAIN
    TORI L. N. BAKKEN
    ABIGAIL J. R. McLAUGHLIN
Attorneys for Defendants,
CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CATALIN PANOV