**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiff,<br><br>vs. | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*<br><br>**PLAINTIFFS' STATEMENT OF EVIDENTIARY OBJECTIONS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**<br><br>*(Filed concurrently with Plaintiffs' Opposition to Defendants' Motion for Summary Judgement; Plaintiffs Statement* |

Case No. CU0000079
**PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**

| | | |
|---|---|---|
| 1 | CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,, | *of Additional Material Facts; Plaintiffs' Statement of Genuine Disputes of Material Fact; Declaration of Lena P. Andrews and attached Exhibits)*<br><br>Date: August 12, 2024<br>Time: 1:30 p.m.<br>Crtrm.: 10C<br><br>FPTC Date: September 9, 2024<br>Trial Date: September 17, 2024 |
| | Defendants. | |

PG. 2     Case No. CU0000079

**PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**

Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

| | **Defendants' Evidence** | **Grounds for Objection** |
|---|---|---|
| 1 | Exh. 1, Composite Video | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1); *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 2 | Exh. 2, Audio Interview of Anaheim Police Investigator Ricky Reynoso ("Reynoso Interview")<br><br>Exh. 19, Transcript of Interview of Anaheim Police Investigator Ricky Reynoso ("Reynoso Interview Transcript"). | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1) *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary |

Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

| | | | |
|---|---|---|---|
| | | | judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified).. |
| | 3 | Exh. 3, Audio Interview of Santa Ana Police Department Officer Kenny Aguilar ("Aguilar Interview")<br><br>Exh. 20, Transcript of Interview of Santa Ana Police Department Officer Kenny Aguilar ("Aguilar Interview Transcript") | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1) *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |

**PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**

| | | |
|---|---|---|
| 4 | Exh. 15,<br>Audio Interview of Defendant Sergeant Paul Delgado ("Delgado Interview")<br><br>Exh. 21,<br>Transcript of Audio Interview of Defendant Sergeant Paul Delgado ("Delgado Interview Transcript") | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 5 | Exh. 5, Audio Interview of Defendant Sergeant Kenneth Weber ("Weber Interview")<br><br>Exh. 22, Transcript of Audio Interview of Defendant Sergeant Kenneth Weber ("Weber Interview Transcript") | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary |

Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

| # | Exhibit | Objection |
|---|---------|-----------|
|   |         | judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 6 | Exh. 14, Audio Interview of Defendant Officer Catalin Panov ("Panov Interview")<br><br>Transcript of Audio Interview of Defendant Officer Catalin Panov ("Panov Interview Transcript") | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 7 | Exh. 6, Audio Interview of Santa Ana Police Department Officer | FRE 403 – cumulative and unduly prejudicial. |

| | | |
|---|---|---|
| | Sergio Martinez ("Martinez Interview")<br><br>Exh. 24, Transcript of Interview of Santa Ana Police Department Officer Sergio Martinez ("Martinez Interview Transcript") | FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 8 | Exh. 7,<br>Audio Interview of Santa Ana Police Department Corporal Luis Galeana ("Galeana Interview")<br><br>Exh. 25, Transcript of Interview of Santa Ana Police Department Corporal Luis Galeana ("Galeana Interview Transcript") | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation |

Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

| | | | |
|---|---|---|---|
| | | | of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 9 | Exh. 13, Audio Interview of Defendant Officer Brett Heitman ("Heitman Interview") Exh. 26, Transcript of Interview of Defendant Officer Brett Heitman ("Heitman Interview Transcript") | | FRE 403 – cumulative and unduly prejudicial. FRE 701. FRE 801, 802. FRE 1002 as to the transcript. Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 10 | Exh. 9, Audio Interview of Anaheim Police Officer Brandon Mullins ("Mullins Interview") | | FRE 403 – cumulative and unduly prejudicial. FRE 701. |

| | | |
|---|---|---|
| | Exh. 27, Transcript of Interview of Anaheim Police Officer Brandon Mullins ("Mullins Interview Transcript") | FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 11 | Exh. 8, Audio Interview of Santa Ana Police Officer Nelson Menendez ("Menendez Interview")<br><br>Exh. 28, Transcript of Interview of Santa Ana Police Officer Nelson Menendez ("Officer Menendez Interview Transcript") | FRE 403 – cumulative and unduly prejudicial.<br><br>FRE 701.<br><br>FRE 801, 802.<br><br>FRE 1002 as to the transcript.<br><br>Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); |

PG. 9   Case No. CU0000079

**PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**

| | | |
|---|---|---|
| | | *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |
| 12 | Exh. 10, Audio Interview of Anaheim Police Officer James Lopez ("Officer Lopez Interview") <br><br> Exh. 29, Transcript of Interview of Anaheim Police Officer James Lopez ("Officer Lopez Interview Transcript") | FRE 403 – cumulative and unduly prejudicial. <br><br> FRE 701. <br><br> FRE 801, 802. <br><br> FRE 1002 as to the transcript. <br><br> Fed. R. Civ. P Rule 37(c)(1), *Algaier v. Bank of America*, N.A., 2015 WL 5944177 at *6-7 (excluding five exhibits submitted in support of the plaintiff's opposition to summary judgment because the exhibits were not produced in discovery in violation of Rule 37, and there was no substantial justification for doing so); *Chisolm v. 7-Eleven, Inc.*, 383 F.Supp.3d 1032, 1044-45 (S.D. Cal. 2019) (excluding email submitted by the plaintiff in support of opposition to motion for summary judgment since the email was not produced in discovery, and failure to produce was not justified). |

///
///
///
///

**PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**

Dated:  July 22, 2024

**BURRIS, NISENBAUM, CURRY & LACY LLP**

By: /s/ *Lena Andrews*
    DeWITT M. LACY
    JOHN L. BURRIS
    JULIA N. QUESADA
    LENA P. ANDREWS
    Attorneys for Plaintiffs Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

PG. 11    Case No. CU0000079

**PLAINTIFFS' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**