**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DEWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>      Plaintiff,<br><br>vs. | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*<br><br>**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**<br><br>*(Filed concurrently with Plaintiffs' Opposition to Defendants' Motion for* |

Case No. 2:22-cv-07651-JLS-KS
**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

| | |
|---|---|
| CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,, Defendants. | *Summary Judgmen; Plaintiffs' Statement of Additional Material Facts; Plaintiffs' Statement of Genuine Disputes of Material Fact; Plaintiff Statement of Evidentiary Objections)*<br><br>Date:   August 12, 2024<br>Time:   1:30 p.m.<br>Crtrm.: 10C<br><br>FPTC Date: September 9, 2024<br>Trial Date:   September 17, 2024 |

I, Lena Andrews, declare:

1.      I am an attorney who is licensed to practice law in California and before this Court. I represent the Plaintiffs in the above captioned matter and I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as **"Exhibit A"** is a true and correct copy of relevant portions of the Anaheim Police Department Computer Aided Dispatch re the Incident.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of photographs contained in the Department of Justice Report re the Incident.[1]

4. Attached hereto as "**Exhibit C**" is a true and correct copy of an Anaheim Police Department Report regarding evidence collected from the car after the incident.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of relevant portions of the Deposition of Plaintiff Johanna Lopez.

6. Manually filed as "**Exhibit E**" is a true and correct copy of Defendant Panov's Body Worn Camera.

7. Manually filed as "**Exhibit F**" is a true and correct copy of Defendant Delgado's Body Worn Camera.

8. Manually filed as "**Exhibit G**" is a true and correct copy of Defendant Weber's Body Worn Camera.

9. Attached hereto as "**Exhibit H**" are true and correct copies of Still Frames from Defendant Panov's Body Worn Camera.

10. Attached hereto as "**Exhibit I**" are true and correct copies of Still Frames from Defendant Delgado's Body Worn Camera.

11. Attached hereto as "**Exhibit J**" are true and correct copies of Still Frames from Defendant Weber's Body Worn Camera.

12. Attached hereto as "**Exhibit K**" is a true and correct copy of the Autopsy Report of Brandon Lopez.

13. Manually filed with Plaintiffs' Application to File Under Seal as "**Exhibit L**" is a true and correct copy of the Body Worn Camera Footage of Santa Ana Police Department Officer Arias.

---

[1] The full report is equally available to all parties online at the California Department of Justice's website.

14. Attached hereto as "**Exhibit M**" is a true and correct copy of a photograph of the bag Brandon Lopez was holding during the Incident contained in the Department of Justice Report re the Incident.[2]

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2024, at Beverly Hills, California.

By: /s/ *Lena Andrews*
  Lena Andrews
  Attorneys for Plaintiff
  Antonio Lopez, Johanna Lopez, &
  S.L. by and through his guardian ad
  litem Rocio Flores

---

[2] The full report is equally available to all parties online at the California Department of Justice's website.

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212