# EXHIBIT A

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

**CP# 2021-142831**

---

| | | | |
|---|---|---|---|
| **Inservice** | SEP-29-2021  07:30:12 | | |
| **Dispatch ID** | A1178  - HERNANDEZ, D. #D20 | | |
| | | | |
| **Backup Unit** | 861 | **Type** | M |
| **Officer 1** | A2113  - MARCOS, MORGAN | | |
| **Dispatched** | SEP-28-2021  20:35:02 | **Enroute** | SEP-29-2021  00:02:19 |
| **At Scene** | SEP-29-2021  00:02:21 | | |
| **Inservice** | SEP-29-2021  07:01:29 | | |
| **Dispatch ID** | A1178  - HERNANDEZ, D. #D20 | | |
| | | | |
| **Backup Unit** | 873 | **Type** | D |
| **Officer 1** | A1158  - SPIELMAN, SHANE 532 | | |
| **Dispatched** | SEP-28-2021  20:53:19 | **Enroute** | SEP-28-2021  20:53:19 |
| **At Scene** | SEP-28-2021  21:08:57 | | |
| **Inservice** | SEP-29-2021  06:00:22 | | |
| **Dispatch ID** | A1444  - JONES, J. | | |
| | | | |
| **Backup Unit** | 331A | **Type** | P |
| **Officer 1** | A2290  - YOO, JOHN | **Officer 2** | A2288  - PIPER, K. |
| **Dispatched** | SEP-28-2021  22:47:22 | **Enroute** | SEP-28-2021  22:47:22 |
| **Inservice** | SEP-28-2021  22:56:10 | | |
| **Dispatch ID** | A2290  - YOO, JOHN | | |
| | | | |
| **Backup Unit** | 2S2 | **Type** | PS |
| **Officer 1** | A1757  - SANY, R. S215 | | |
| **Dispatched** | SEP-29-2021  02:26:43 | **Enroute** | SEP-29-2021  02:26:43 |
| **At Scene** | SEP-29-2021  03:01:05 | | |
| **Inservice** | SEP-29-2021  07:53:47 | | |
| **Dispatch ID** | A1757  - SANY, R. S215 | | |

## REMARKS

| | |
|---|---|
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:03:08 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | STA 31 AWARE REF C5 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:03:18 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | VEH T97 TO THE REAR OF T20 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:03:52 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | VEH MOVING SB TOWARDS 1ST |
| **Desk ID** | DSP2 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

COA 000082

---

ANAHEIM POLICE DEPARTMENT
Case 8:22-cv-01351-JVS-ADS Document 196-5 Filed 07/22/24 Page 3 of 24 Page ID #:2139
CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated Date** | 2021-09-28 17:04:35 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 503 DRIVEN BY SUBJ WITH T32 OVER 250K IN T32'S |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:05:03 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL SUBJ SEEN DESC AS MH 40'S WHT TANK TOP BLK SHORTS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:05:14 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | FEM OUT OF VEH OUT OF PSNGR SIDE.. DRIVER STILL INSIDE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:05:22 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL FACING EAST NOF BLDG |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:06:25 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | SUBJ HAS PRIOR FOR 148 245 POSSESSION OF SWITCH BLADE AND DV |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:07:42 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANOTHER MALE BLK TANK TOP LONG GRY SHORTS WHT HIGH SOCKS TALKING TO DRIVER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:07:48 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | FEM HEAVY SET PINK SHIRT POSS JEANS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:08:50 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL VEH MOVING SB TOWARDS 1ST |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:09:24 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 592A/DSP2,PUPPY GERMAN SHEPARD/HUSKY MIX. HES A GOOD BOY |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:09:31 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | NB TUSTIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:10:01 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | NB TUSTIN AT IRVINE AT CHEVRON GAS STA NE CORNER |
| **Desk ID** | DSP2 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER     COA 000083

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL EXITING SB 55 AT EDINGER |
| **Desk ID** | DSP1 |
| **Last Updated Date** | 2021-09-28 17:14:03 |
| **Last Updated By** | A1376 - DIBENEDETTO, L. |
| **Remarks** | DEL AMO OR 55 NORTH IN #2 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:15:14 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | FTY SB RED HILL FROM VALENCIA |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:15:30 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | SB RED HILL FROM BELL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:17:07 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL THRU RED ALTON |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:17:14 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | SUBJ REACHING AROUND FLOOR BOARD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:17:39 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 50 MPH TRAFFIC LIGHT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:18:03 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | WRONG SIDE THRU MITCHELL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:18:29 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | SUBJ THRU RED AT MAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:19:22 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL SB MACART FROM MAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:19:38 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 55 MPH LIGHT TRAFC |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:20:46 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | WRONG SIDE |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER        COA 000084

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:21:05 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | THRU RED |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:21:54 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | TRAFFIC 75 MPH TRAF LIGHT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:22:27 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | THRU RED AT UNIVERSITY EB CAMP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:24:46 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL WRONG WAY DRIVER AGAINST TRAFFIC WB ON MICHELSON |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:26:46 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL THRU RED OVER 405 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:28:11 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL RESTRICTED AT JOHN WAY AIR |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:29:11 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL WRONG WAY DRIVER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:29:21 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL WRONG WAY UNDER 55 MAC |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:29:33 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL CORRECT LANES CONTINUING WB |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:29:59 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL STOPPED FOR TRAFFIC MAC ATHUR CIR/MAC PLACE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:30:37 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL WRONG WAY DRIVER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 20 | |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000085

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL TC |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:30:51 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL WB MAC PL AT COLUMBINE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:31:00 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | TC MAIN AND MAC ARTHUR PL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:31:03 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | APPEARS 902 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:31:31 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL VEH CONTINUE NB AFTER TC |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:32:43 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL WRONG WAY DRIVER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:34:11 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL VEH KEEPS STOPPING APPEARS TO BE STOPPING THEN STARTS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:36:11 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL WRONG WAY AGINST RED APP EDINGER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:36:16 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL IN THE MIDDLE OF XX |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:39:54 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | ANGL NB BAKER THRU 1ST |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:43:23 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | SPEEDS 40 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:43:38 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | X1 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COA 000086

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:44:07 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | STA 31 K9 97 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:47:19 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL SB WRONG WAY ON BRISTOL NOW BACK IN CORRECT LANE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:48:28 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL WRONG WAY ON SANTA ANA |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:49:39 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL VEH POSS STUCK WB SANTA BLVD AT BRISTOL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:49:48 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL FRONT END STUCK ON RR TRACK |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:50:27 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 9S1 ALOT OF HAND MOVEMENT IN VEH |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:50:35 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL SUBJ REACHING DOWN NEAR SEAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:50:43 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | NEED SB TRAFFIC CLEAR |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:51:09 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | NB AND SB BRISTOL TRAFFIC NORTH AND SOUTH OF SANTA ANA |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:51:26 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL MOVING AROUND IN VEH SMOKING CIG |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:51:41 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | STA 31 WILL HANDLE 960X |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 20... |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COA 000087

**ANAHEIM POLICE DEPARTMENT**
**CAD Call HARDCOPY**

CP# 2021-142831

---

| | |
|---|---|
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31-220 NEED OFCR TO RESPOND WITH ARMORED VEH TO BLOCK SUSP IN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:53:02 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | STA 31 ENRT TO PU ARMORED VEH |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:53:33 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | NEED MARKED UNIT TO STOP TRAFFIC CIVIC CENTER AND BRISTOL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:54:28 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | STA 31 GOING T97 TO PU TERRADYNE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:54:42 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANGL SUBJ SEEN TRYING TO SMOKE SOMETHING OFF OF FOIL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:57:41 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ARMORED VEH TO ENTER SB IN NB LANES OF BRISTOL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:57:54 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ARMORED VEH ENRT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:58:32 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 220 ARMORED VEH T97 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 17:59:57 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | DRIVER TRYING TO PUT VEH IN GEAR AND SMOKING SOMETHING |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:00:19 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 272 GIVING COMMANDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:00:34 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 272 DRIVER SAYING HE WILL NOT EXIT VEH |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:01:37 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 21 272 SALA SUBJECT TO PROTECTIVE ORDER |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER COA 000088

**ANAHEIM POLICE DEPARTMENT**
**CAD Call HARDCOPY**

CP# 2021-142831

| | |
|---|---|
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:01:47 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | MEDICS STAGE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:02:25 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ORANGE 3 CLEARANCE ... MEDICS TO STAGE EOF BRISTOL OFF OF SANTA ANA BLVD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:02:59 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 2 ORANGE 3 ******* FOR INCIDENT TRAFFIC |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:04:17 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 272 WAS GIVING COMMANDS AND UPDATE WITH INTEL INSIDE SUSP VEH |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:04:35 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | PEDS NEED TO MOVE NB |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:04:45 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 5TH AND BRISTOL NEEDS TO BE CLEARED |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:05:29 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | SUBJ USING BOTH HANDS TO REACH UNDR PSNGR SEAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:05:41 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | NEED ADTL UNIT TO BLK EB TRAFFIC AT SANTA ANA BLVD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:06:07 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 272 SUBJ REACHING UNDERNEATH DRIVER SEAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:07:34 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | UNIT THAT BLOCKED EB TRAFFIC NEEDS TO CLEAR OUT PEDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:07:54 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 220 SETTING UP LESS LETHAL TO GO OFF FRONT PSNGR WINDOW TO DEPLOY K9 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 20 | | |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                COA 000089

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | LARGE CROWD STILL NEEDS TO CLEARED |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:09:35 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | 417 RIGHT HAND |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:13:19 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | SUBJ LOOKING DOWN AT FLOORBOARD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:15:29 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | SUBJ APPEARS TO BE SMOKING SOMETHING FROM FOIL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:16:52 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | DUKE WILL BE T97 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:17:02 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | 31 272 SUSP SHAKING HEAD HE WONT COME OUT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:17:32 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | STILL NEED TO CLEAR OUT SUBJS FROM LINE OF FIRE |
| **Desk ID** | CBP1 |
| **Last Updated Date** | 2021-09-28 18:17:46 |
| **Last Updated By** | A1606  - ANDERSON, S.M. |
| **Remarks** | PER STA 31,902T FOR THE TC AT MAIN/MACARTHUR .. 2 VICS .. WILL CALL BACK WITH REPORT NUMBER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:18:52 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | SUSP LOOKING AT ALL MIRRORS TOWARDS OFCRS LOCATION |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:18:58 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | 31 272 CANT SEE HANDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:19:15 |
| **Last Updated By** | A2101  - VASQUEZ, A. |
| **Remarks** | 31 272 LOOKING DOWN TALKING TO HIMSELF PLAYING WITH SOMETHING CANT SEE HANDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:20:01 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000090

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 272 NO CHANGE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:20:17 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 272 SUBJ SMOKING THROUGH A STRAW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:20:43 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | ANH SWAT WILL BE ENRT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:20:56 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | STA 31 WILL ATTEMPT TO NEGOTIATE TO SURRENDER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:21:06 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | STILL GIVING COMMANDS AND SUSP REFUSING |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:21:20 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | 31 272 SUBJ NOW SNORTING SOMETHING REACHING UNDER SEAT LOOKING BACK |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:21:46 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | CANT SEE HANDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:21:59 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | SUBJ LOOKING TOWARDS OFFICER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:22:17 |
| **Last Updated By** | A2101 - VASQUEZ, A. |
| **Remarks** | TAKING MORE HITS OF HS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:23:26 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | STILL SMOKING AND NOT FOLLWOING DIRECTIONS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:24:27 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP CONTINUES TO SMOKE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:24:41 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | TURNING THE HOUSE OUT TO PROTECTIVE ORDER |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER  COA 000091

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:25:32 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | NO RESPONSE TO COMMANDS LOOKING OUT DRIVERS SIDE WINDOW AT OFFICERS AND THEN AT HIS HANDS STILL SMOKING |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:26:31 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUBJ SMOKING REG CIG |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:27:45 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REACHING DOWN BTWN LEGS .. |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:27:49 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | ATT'ING TO CALL HIM NOW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:30:21 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REACHING DOWN AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:31:15 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS USING BLUETOOTH . HAVE NOT SEEN HIM HOLD PHONE UP TO HIS EAR.. DOESNT APPEAR TO BE TALKING |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:31:40 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | UNITS HAD THE WRONG 10-21 FOR SUSP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:35:42 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | MALE HAS ANGRY FACE TALKING TO HIMSELF.. TAKING DEEP BREATHS .. BREATHING HEAVY.. HE IS DOWN USING MORE NARC.. REFUSING TO FOLLOW COMMANDS TO SURRENDER OR PUT HANDS ON STEERING WHEEL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:36:00 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP CONT TO SMOKE FRM PIPE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:38:27 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP HAS 2 KIDS INFO ONLY CHRISTIAN AND BELLA |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:39:14 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000092

**ANAHEIM POLICE DEPARTMENT**
**CAD Call HARDCOPY**

CP# 2021-142831

| | |
|---|---|
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | GOOD # FOR THE SUSP IS 714-341-5583 PER PROBATION OFCR |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:39:43 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ********************** SEE LAST SUSP #**************** |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:40:06 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP HAS HIS HEAD DOWN POSS REACHING FOR SOMEHTING ON THE FLOOR BOARD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:40:51 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS NOT ANS HIS 10-21. |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:44:20 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS MONITORING UNITS THAT ARE MOVING UP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:45:40 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP LOOKING OUT THE DRIVER SIDE WINDOW LOOKING AT OFFICERS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:46:33 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP CHECKING OUT ALL HIS MIRROR AND WIPING HIS FORHEAD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:47:06 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REACHING FOR CENTER CONSOLE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:47:43 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP GRABBED SOMETHING PUT IT IN HIS LAP AND IS LOOKING DOWN AND SMOKING AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:48:04 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | INSIDE OF VEH IS FOGGING UP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:48:19 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | NO VISUAL OF PSGR SIDE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:49:03 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

COA 000093

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Remarks** | SUSP IS SHAKING HIS HEAD NO AND LOOKING DOWN AT STEERING WHEEL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:49:57 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP ROCKING BACK AND FORTH AGAIN SMOKING NARC AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:50:19 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS REACHING PSGR SIDE FLOOR BOARD AND PUT SOMETHING ON HIS LAP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:50:45 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REFUSING TO PUT HANDS ON STEER WHEEL AND REACHING IN BACK AND FRT PSGR FLOOR BOARD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:50:58 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP ADJUSTING SEAT LOOKING UP VIA DRIVERSIDE MIRROR |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:51:22 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP STILL REFUSING TO FOLLOW COMMANDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:52:04 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | ADD'L # FOR SUSP ******248-1168 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:52:42 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | VEH IS CONT TO FOG UP INSIDE AND LOOSING VISUAL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:53:00 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | LOOSING ALL VISABILITY |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:53:43 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP HEAD BACK UP AND WATCHING OFICERS .. ADJUSTING MIRRORS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:55:08 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | OFC ON WEST SIDE OF BRISTOL AND SANTA ANA NEED TO PUSH BACK CITZN GATHERING AT THE CLINIC |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:56:35 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER COA 000094

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Remarks** | SUSP GRABBING THE VISOR AND 1 HAND ON THE STEERING WHEEL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:57:06 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS MOVING TO PSGR SIDE LOOKING AROUND AND REFUSING TO PUT HANDS ON STEERING WHEEL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:57:18 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REACHING AROUND PSGR SIDE AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:57:47 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP COVING SOMETHING IN WAISTEBAND AND TAKING OFF SHIRT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:57:55 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | LOST SIGHT OF HIS HANDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 18:58:59 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP LOOKING IN MIRROR BACK OT OFFICERS AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:01:00 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SPOT LIGHT UP AND NOW HAVE BETTER VISABILITY.. SUSP LOOKING DOWN BTWN HIS LEGS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:01:35 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | PER 220 IF SUSP COMES OUT W/OUT HAND GUN.. 40MM WILL BE DEPLOYED AND THEN THE K9'S |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:03:01 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP SHAKING HIS HEAD.. APPEARS HE CAN HEAR WHAT PD IS TELLING HIM |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:03:20 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS NOT PUT HANDS ON STEERWHEEL AS BEING TOLD TO |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:03:44 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP LEANING TO THE DRIVERSIDE LOOKING SW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:04:02 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

COA 000095

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ALSO LOOKING DOWN TWDS THE GROUND AND OUT TWDS THE STREET |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:04:53 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ANNOUNCEMENTS HAVE BEEN GOING OUT FOR THE PAST 1HR AND 5 MINS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:07:27 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | DUKE USING SPOT LIGHT ALSO |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:07:49 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | DUKE NOT USING SPOT LIGHT ALSO |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:08:04 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | BETTER VISUAL OF SUSP NOW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:09:06 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS SMOKING MORE NARC |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:10:09 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP LEANING BACK REACHING AND RECLINING HIS SEAT BACK |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:10:52 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP CONTINUE TO HIT THE PIPE AND SHAKING HIS HEAD NO WHEN TOLD TO COME OUT AND SURRENDER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:15:13 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP'S GIRLF IS 97 NOW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:17:00 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS ALERT LOOKING OUT WINDOW AND LOOKING AT K9 OFCR... NOW CLEANING WINDSHIELD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:20:31 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS LISTENING AS HE SHAKES HIS HEAD AT COMMANDS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:21:50 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000096

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP CONTINUES TO SHAKE IS HEAD NO |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:23:40 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP TURNING MUSIC BACK UP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:25:27 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | **INFO ANH SWAT IS RESPONDING |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:28:17 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ***CP SANTA ANA & BAKER SE CORNER **** |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:28:52 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP CONTINUES TO SHAKE HIS HEAD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:31:49 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP PUT SOMETHING DOWN AND THEN SHOWED HIS RT HAND .. |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:32:15 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REFUSING TO PUT HANDS ON STEERING WHEEL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:37:22 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 31-903 97 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:40:22 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ***FOR RESPONDING ANAHEIM UNITS RESPOND NB BAKER FRM 3RD TO ENTER PKLOT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:45:56 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 220 **COMMAND POST MOVING TO THE STADIUM |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:50:05 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP STILL MONITORING MIRRORS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:51:47 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | GIVEN DIRECTION 1 SUBJECT TO THE |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

COA 000097

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:52:13 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REACHING DOWN FLOOR BOARD DRIVER SIDE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:54:50 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP ONLY USING HIS LEFT HAND.. NO VISUAL OF RT HAND |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:54:56 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP SMOKING AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:55:54 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ORG 3 TACT.. GRN 5 COMMAND CHAN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:56:35 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS SWEATING A LOT,SMOKING AND STARTING TO CRY |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:57:23 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP STILL SHAKING HEAD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:59:00 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP SHAKING HIS HEAD THAT HE DOESNT HAVE A PHONE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 19:59:59 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP HAS A PEN AND IS POSS GOING TO WRITE SOMETHING |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:02:01 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP REFUSING TO OPEN WINDOW SMOKING AND CRYING |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:04:44 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP KEEPS LOOKING DOWN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:05:50 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP W/RT HAND BROUGHT SOMETHING UP FRM PSGR SIGHT AND PUT BTWN HIS LEGS AND IS LOOKING AT IT |
| **Desk ID** | DSP2 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000098

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated Date** | 2021-09-28 20:06:11 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP SHAKING HIS HEAD AND LOOKING AT CENTER CONSOL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:08:24 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP LOOK NE WALL WHERE THERE ARE 2 MALES WHISTLING IN AUTO REPAIR SHOP TWDS SUSP VEH |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:11:57 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS LEANING BACK IN HIS SEAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:13:57 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP MOTION W/RIGHT HAND REQ'ING ROSIE TO RESPOND |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:14:16 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 5TH AND BRISTOL NEED TO PUSH THE PEDS BACK FURTHER EAST |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:15:53 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP DROPPED SOMETHING BTWN SEATS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:16:42 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS DIGGING IN CENTER CONSOL,DRIVERSIDE FLOOR BOARD AND LIFT SHIRT UP AND BTWN DRIVERSIDE SEAT AND CENTER CONSOL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:20:32 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP HAS CENTER CONSOL OPEN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:21:34 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | FIRE IS STAGED |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:21:45 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP IS BLOCKING THE FRT WINDSHIELD W/FLOOR MAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:21:58 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | FIRE IS AT 3RD AND SANTA ANA |
| **Desk ID** | DSP2 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000099

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated Date** | 2021-09-28 20:27:00 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SANTA ANA PD HAS DRIVER AND PSGR SIDE.. APD IN TERRADINE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:30:15 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP DOING SOMETHING WITH STEERING WHEEL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:30:47 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP DIGGING IN BACK SEAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:31:13 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | APD NEED GERKA TO SANTA ANA & BRISTOL |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:32:52 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP JUST JUMPED INTO THE BACK SEAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:36:02 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | VEH IS FOGGING UP INSIDE AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:43:55 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | APD TERRADINE AND BEAR GOING 97 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:44:03 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | NO VISUAL OF THE SUSP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:45:16 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 USING TARRADINE TO MOVE SANTA ANA PD PERSONNEL OUT OF THE HOT ZONE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:48:44 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | STILL NO VISUAL OF THE SUSP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:54:16 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |
| **Remarks** | APD PUTTING GERKA & BEAR IN PLACE AND SANTA ANA WILL BE APPREHENSION TEAM.. |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 20:55:29 |
| **Last Updated By** | A1178 - HERNANDEZ, D. #D20 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER COA 000100

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Remarks** | GERKA MOVING INTO PLACE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:00:31 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | K4 AND K2 TO RESPOND TO REAR OF GERKA .. SETTING UP APPREHENSION TEAM |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:02:30 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | STILL NO VISUAL OF SUSP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:06:25 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP THREW HIS PHONE ON THE GROUND |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:07:13 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 APD TAKING OVER AS ARREST TEAM ... UNITS E/OF SUSP VEH MOVE BACK |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:07:37 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SANTA ANA TAHOE STAYING 97 BEHIND SUSP VEH |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:08:08 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 REQ STA 31 TO KEEP OUTTER PERIM AND EAST OF THEM TOO |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:09:07 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP STILL IN BACK SEAT MOVING AROUND |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:12:03 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP LOOKING EB AT UNITS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:12:40 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ALL STA 31'S HAVE CLEARED.. HOLDING SOFT PERIM AT SANTA ANA BAKER |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:13:29 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP LOOKING EB OUT OF BACK WINDOW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:14:51 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP MOVING AND TRYING TO BLOCK THE WINDSHIELD W/FLOOR MATS |
| **Desk ID** | DSP2 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000101

**ANAHEIM POLICE DEPARTMENT**
**CAD Call HARDCOPY**

CP# 2021-142831

| | |
|---|---|
| **Last Updated Date** | 2021-09-28 21:15:15 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP BLOCKING THE FRT WINDOW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:18:05 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP MOVING AROUND |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:18:25 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP STILL IN BACKSEAT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:19:19 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP TRYING TO WIPE OFF THE FROST/FOG AND LOOKING OUT THE REAR DRIVERSIDE DOOR WINDOW |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:21:49 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SANTA ANA TERRADINE MAKING ANNOUNCEMENTS TO SEE IF HE WILL GIVE UP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:21:59 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | STA 31 CONT ANNOUNCEMENTS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:23:15 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 ANNOUNCEMENTS BEING MADE ENG/SPANISH & NO CHANGE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:25:38 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | LOTS OF MOVEMENT IN THE BACKSEAT FROM SUSP.. ANNOUNCEMENTS LOUD AND CLEAR |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:27:41 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP MOVING AROUND IN THE REAR SEAT AND WIPING THE WINDOW AGAIN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:29:03 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | CLEARING THE REAR WINDOW AGAIN AND SMOKING CIG |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:30:51 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | MOVING AROND THE REAR OF THE DRIVERSIDE SEAT |
| **Desk ID** | DSP2 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000102

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated Date** | 2021-09-28 21:31:14 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | MOVING THE DRIVERS SEAT ALL THE WAY FORWARD |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:32:51 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | CONT ANNOUNCEMENTS AND NO CHANGE SUSP STILL MOVING AROUND IN BACK SET.. TNU ENRT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:34:07 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 220 TO CP FAMILY MEMEBER ADV'ING AS OF 1900 HRS WHEN THEY SPOKE TO HIM VIA 10-21 AND STATED HE WANTS 914A BY COP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:34:21 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | K9 ANNOUNCEMENTS GIVEN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:38:16 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | NO CHANGE FOR SUSP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:43:00 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | NO CHANGE FOR SUSP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:43:33 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | AFD STAGED AT SANTA ANA & SHELTON |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:44:36 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 APD TNU ATT'ING CONTACT VIA ANNOUNCEMENTS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:49:59 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 GIVING ANNOUNCEMENTS FOR 10 MINS AND HE IS STILL NOT ENGAGING.. |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:50:53 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | NO CHANGE FOR SUSP |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:52:27 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 PREPARING GAS PLAN |
| **Desk ID** | DSP2 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000103

# ANAHEIM POLICE DEPARTMENT
## CAD Call HARDCOPY

CP# 2021-142831

| | |
|---|---|
| **Last Updated Date** | 2021-09-28 21:53:53 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | NO CHANGE FOR SUSP STILL IN BACKSEAT MOVING AROUND |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:57:25 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | ALL UNITS FLASH BANG DEPLOYMENT THEN GAS WILL BE DEPLOYED |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:57:59 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | INITIATE COMMAND GIVEN |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 21:59:28 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | T23 ON LAST |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:00:30 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | NO CHANGE ON SUSP STILL IN BACKSET |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:00:40 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | INITIATE COMMAND GIVEN FOR GAS |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:00:44 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | SUSP COMING OUT |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:00:54 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 998 |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:01:18 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 START AFD TO RENDER AIDE |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:02:28 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 APPEARS SUSP FELL ON ON THE GUN WITH HIS HAND CONCEALED UNDER HIS BODY.. PREPPING FOR K9 DEPLOYEMENTS .. |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:02:54 |
| **Last Updated By** | A1178  - HERNANDEZ, D. #D20 |
| **Remarks** | 8S3 DEPLOYING LL TO CHECK FOR REACTION...NO REACTION.. |
| **Desk ID** | DSP2 |
| **Last Updated Date** | 2021-09-28 22:03:18 |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COA 000104