# EXHIBIT C



**OC CRIME LAB**
Orange County Sheriff-Coroner Department

REPORT OF EVIDENCE EXAMINATION

FR#: 21-52738

VICTIM:
SUSPECT:   Lopez, Brandon

CRIME:   OIS        DATE:  09/28/2021   DEPT:  DA       DR#:  21-004162

### Examination(s):
Vehicle Examination

### Item(s) Examined:
| OCCL Item | Description |
|---|---|
| 5 | Black Dodge Charger (CA License Plate 8XIG022) |

### Results and Interpretations:
Fingerprints recovered: No processing for fingerprints was conducted on-scene.

Photographs taken: 47 - Exterior/interior of vehicle, contents.

A complete list of the photographs taken is available upon request.

Physical evidence collected: All evidence collected by Forensic Scientist Melissa Rameriz. Refer to her report for details.

On 09/30/21, I responded to the Sheriff's Crime Lab Vehicle Examination Area. DA Inv. Toth requested a search of the above vehicle for a weapon. The vehicle, a black 2021 Dodge Charger [CA 8XIG022] was sealed and in the vehicle examination area. There was apparent traffic collision damage to the front, left and right sides of the vehicle.

There were personal items on the right front seat and floorboard and a hand-written note on the right front seat. There were CD's and $11.00 cash in the center console and a cigarette lighter on top of the center console. A black Samsung cell phone was in the rear pocket of the right front seat. A black folding knife was on the left rear floorboard.

_Brett Doretti_ — Brett Doretti, Lead Forensic Specialist        Date: 1-14-22

Approved By: _signature_ SFS        Date: 1/19/22

Send To:
LIMS:   JAN 20 2022 JDR

An ANAB-International accredited testing laboratory        ANAB        Page 1 of 1

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER        COA 000013

E-1