# EXHIBIT D

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successor in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:22-cv-1351 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| CITY OF ANAHEIM; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

VIDEOTAPED DEPOSITION OF JOHANNA SUZETTE LOPEZ

TAKEN ON

WEDNESDAY, MAY 8, 2024

CRISTINA ROLLER
CSR NO. 10879

1               UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4  ANTONIO LOPEZ, individually;    )
    JOHANNA LOPEZ, individually;    )
    M.R., by and through his       )

5  guardian ad litem, April       )
    Rodriguez, individually and as  )  Case No.

6  successor in interest to      )  8:22-cv-1351
    Brandon Lopez; B.L. and J.L.,   )

7  by and through their guardian   )
    ad litem Rachel Perez,        )

8  individually and as successor   )
    in interest to Brandon Lopez;   )

9  S.L., by and through his       )
    guardian ad litem, Rocio       )

10  Flores, individually and as    )
    successor in interest to      )

11  Brandon Lopez,             )
                              )

12              Plaintiffs,     )
                              )

13        vs.                )
                              )

14  CITY OF ANAHEIM; CITY OF SANTA  )
    ANA; DAVID VALENTIN; JORGE    )

15  CISNEROS; PAUL DELGADO; BRETT   )
    HEITMAN; KENNETH WEBER; CAITLIN )

16  PANOV; DOES 1-10,          )
                              )

17             Defendants.     )

18  ——————————————————————————————————)

19  VIDEOTAPED DEPOSITION OF JOHANNA SUZETTE LOPEZ, taken by

20  the Defendants, at 650 Town Center Drive, Suite 1400,

21  Costa Mesa, California, commencing at 10:03 a.m.,

22  Wednesday, May 8, 2024, before Cristina Roller, Certified

23  Shorthand Reporter, License No. 10879, for the State of

24  California, pursuant to Notice.

25

```
1    APPEARANCES OF COUNSEL:

2

3    For the Plaintiffs:

4        BURRIS, NISENBAUM, CURRY & LACY, LLP
         BY:  JULIA N. QUESADA, ESQ.
5        9701 Wilshire Boulevard
         Suite 1000
6        Beverly Hills, California   90212
         (310) 601-7070
7        julia.quesada@bncllaw.com

8

     For the Defendants:
9
         LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
10       BY:  TORI L. N. BAKKEN, ESQ.
         633 West 5th Street
11       Suite 4000
         Los Angeles, California   90071
12       (213) 250-1800
         tori.bakken@lewisbrisbois.com
13

14   Also Present:

15       ADAM ELLISON, VIDEOGRAPHER

16

17

18

19

20

21

22

23

24

25
```

1      Q.   Sure.  When you say you were present one block

2   away, where were you positioned at the time of this

3   incident?

4      A.   I was on the -- the northeast corner of Santa Ana

10:46:11AM 5   Boulevard and Baker.

6      Q.   And this incident as far as what took place on

7   September 28th, is it your understanding that it went on

8   for some hours?

9      A.   Correct.

10:46:28AM 10      Q.   Okay.  Approximately what time did you get to

11   that northeast corner of Santa Ana Boulevard and Baker?

12      A.   It was somewhere between 4:45 and 5:15.

13      Q.   And what led you to go to that street corner?

14      A.   I actually received a phone call from my

10:46:54AM 15   son-in-law who advised me what was going on, so I just

16   jumped in the car and went over there.

17      Q.   What is your son-in-law's name that you're

18   referring to?

19      A.   Julio Torres.

10:47:08AM 20      Q.   Do you recall what time you spoke with Julio

21   Torres on the phone?

22      A.   4:45, 4:50, somewhere in there.  It was closer to

23   5:00.

24      Q.   And what did you and Julio discuss at that time?

10:47:25AM 25      A.   He just advised me that Brandon was sitting in a

```
 1   lot of construction going on, so there was a lot of
 2   detours where generally there wouldn't be.
 3       Q.   And once you got to that corner, what did you
 4   see?
 5       A.   A lot of cop cars.  Really a lot of cop cars.  I
 6   think it was taped off.
 7       Q.   Other than -- well, strike that.
 8            How many cop cars approximately do you recall
 9   seeing when you first got to the corner of Santa Ana
10   Boulevard and Baker?
11       A.   I can't recall.
12       Q.   Best estimate is fine.
13       A.   Three.
14       Q.   Do you remember if those cop cars were Anaheim
15   Police Department, Santa Ana Police Department or
16   something else?
17       A.   Santa Ana.
18       Q.   When you arrived at that corner at some time
19   between 4:45 and 5:15, do you remember seeing any Anaheim
20   police vehicles?
21       A.   No.
22       Q.   From where you were positioned on that street
23   corner of Santa Ana Boulevard and Baker, could you see
24   Brandon at any point?
25       A.   No.
```

Timestamps: 10:50:59AM (line 5), 10:51:27AM (line 10), 10:51:39AM (line 15), 10:51:53AM (line 20), 10:52:06AM (line 25)

1    Q.   After you arrived at that street corner and saw

2    the three police vehicles, what did you do next?

3    A.   I paced back and forth.  I just waited.  I just

4    paced back and forth.  I went around to see if I could get

10:52:31AM 5    to the other side, and they had it taped off, and there

6    was cops not letting people move around, so I just -- I

7    just stayed there most of the time.

8    Q.   When you say that you tried to get to the other

9    side, where were you trying to get to?

10:52:47AM 10    A.   Santa Ana Boulevard and Bristol.

11         MS. BAKKEN:  All right.  We've been going about

12    an hour, and I want to try to get another map printed, so

13    if we could take a quick ten-minute break.

14         MS. QUESADA:  Sure.

10:53:08AM 15         THE VIDEOGRAPHER:  Off record?

16         MS. BAKKEN:  Please.

17         THE VIDEOGRAPHER:  Off record.  10:53.

18         (Recess taken.)

19         THE VIDEOGRAPHER:  Back on record.  The time is

11:04:38AM 20    11:05.

21    BY MS. BAKKEN:

22    Q.   Ms. Lopez, before the break, you had earlier been

23    telling me that Brandon had been diagnosed with ADHD with

24    ODD; correct?

11:04:50AM 25    A.   Correct.

1          Q.    Does it -- well, strike that.

2                Did you meet with a doctor to discuss that

3    diagnosis at any point?

4          A.    Yes.

11:04:57AM 5      Q.    Okay.  And I know you said you didn't recall what

6    ODD stood for.  Does oppositional defiant disorder sound

7    correct?

8          A.    That might be it, yes.

9          Q.    And when you learned that Brandon had been

11:05:11AM 10  diagnosed with that, did anyone inform you that some of

11   the signs and symptoms associated with that disorder would

12   be challenging authority figures and resisting rules?

13         A.    I want to say yes.  I think that was part of the

14   diagnosis and the discussion that we had with his

11:05:30AM 15  pediatrician at the time.

16         Q.    And did you observe those behaviors as far as

17   being defiant and challenging authority figures in

18   Brandon?

19         A.    Well, with me, yes.

11:05:41AM 20     Q.    Okay.  And also before the break, you were

21   telling me that in relation to this incident, you had

22   responded to the corner of Santa Ana Boulevard and Baker

23   Street; is that correct?

24         A.    Correct.

11:05:57AM 25     Q.    If I show you what we'll mark as Exhibit 3, could

1      Q.   Okay.  If you could just take a look, I think --

2   I can always get it reprinted if it's not clear, but does

3   that major street look like Baker to you?  I can get

4   another one printed with the label on it.  I think it's

11:08:16AM 5   toward the bottom.  It starts and it gets cut off, but --

6      A.   Oh, yeah.  It could be.  Just right over.  Okay.

7   So about right here.  Yeah.  My apologies, yeah.

8      Q.   That's okay.

9      A.   So it was right -- yeah.

11:08:29AM 10      Q.   Could you go over it with the marker?  Sorry.

11      A.   Yeah.  I think this building is throwing me off,

12   the real big beige building.

13      Q.   And if you could X out the one that -- okay.

14   Thank you.

11:08:46AM 15           MS. QUESADA:  Could I get my pen?

16           THE WITNESS:  Oh, yes.  There you go.

17   BY MS. BAKKEN:

18      Q.   Okay.  So having looked at what we marked as

19   Exhibit 3, then the circle represents where you responded

11:08:54AM 20   in response to Julio's phone call; correct?

21      A.   Correct.

22      Q.   Okay.  And that would be like you said the corner

23   of Santa Ana Boulevard and Baker.  Is that one block or

24   one major street over from Santa Ana and Bristol?

11:09:10AM 25      A.   Correct.  To the east, yes.

1        Q.   Okay.  And approximately how far would you say

2   Baker is from Bristol on Santa Ana?

3        A.   Whatever a block radius is.  I don't know how --

4   I'm terrible with feet, so whatever one block radius is.

11:09:41AM  5        Q.   Do you know -- would it be easier to estimate in

6   how many businesses were in between those two streets

7   or --

8        A.   I would say there's probably about one, two

9   three, four, five, six, seven.  There was probably eight

11:10:01AM 10   buildings, like six residence and two business buildings

11   from where Bristol and Santa Ana are, because it was a --

12   kind of a mixed use.  That whole area is kind of mixed

13   used business and residential mixed in, apartment

14   complexes, single family home.

11:10:26AM 15        Q.   Okay.  And from where you were positioned at that

16   law office building at Santa Ana and Baker, could you

17   physically see the street corner of Bristol and Santa Ana

18   Boulevard?

19        A.   No, I could not.

11:10:45AM 20        Q.   Could you see the train tracks over there at all?

21        A.   No.

22        Q.   At any point when you were positioned at Santa

23   Ana Boulevard and Baker, did you ever see a black Dodge

24   Charger on the train tracks?

11:11:03AM 25        A.   No.

1     Q.   From where you were positioned at Baker and Santa

2   Ana Boulevard, could you ever see any Anaheim police

3   officers?

4     A.   I could see police officers, but I didn't really

11:11:31AM 5   pay any attention to what their insignia said on their

6   shirts or what kind of badges they had.  There was a lot

7   of personnel all over.

8     Q.   When you saw the police officers, did you see any

9   of them at Santa Ana Boulevard and Bristol?

11:11:46AM 10     A.   They were -- there was a lot of police personnel

11   from where I was standing all the way down.

12     Q.   At any point when you were standing at Santa Ana

13   Boulevard and Baker, could you ever see any police vehicle

14   as far as a BearCat or an armored vehicle at Bristol and

11:12:13AM 15   Santa Ana?

16     A.   Yes, I could see the top.

17     Q.   You could see that?

18     A.   I could see the top of it, yes.

19     Q.   When you say you could see the top, can you

11:12:20AM 20   describe for me what you could see?

21     A.   I'm assuming the BearCat is that big, darker --

22   kind of looks like it has a top.  This kind of sounds

23   weird, but it looks like maybe an armored vehicle of some

24   type -- of some kind.  The top part is kind of on a stalk

11:12:47AM 25   or it sits up higher than -- than the rest of the body.  I

1    could just see very -- the very top of it.

2        Q.   What color was it?

3        A.   I believe it was black.

4        Q.   When you say you could see the very top of it,

11:13:01AM 5  would that be a couple inches of it, a foot of it?

6        A.   Yeah.  Maybe -- maybe half a foot of it.

7        Q.   Could you see any officers around that vehicle

8    from where you were positioned?

9        A.   I saw a lot of police officers throughout that

11:13:17AM 10 whole area from -- from Baker all the way down.

11       Q.   Okay.  I guess I'm trying to understand if you

12   could see the top six inches or so of that vehicle, did

13   you see any police officers around that six inches that

14   you could see?

11:13:30AM 15      A.   I believe one time I did see a -- I guess a

16   police officer out of it, yes.

17       Q.   Okay.  Could you see the ground by that vehicle?

18       A.   No.

19       Q.   Okay.  Could you see any police officers on the

11:13:46AM 20 ground near that vehicle?

21       A.   Yes.  I could see police officers around the

22   whole vicinity.  Yes.

23       Q.   Okay.  How close were those officers that you

24   could see to that BearCat vehicle that you've described?

11:14:00AM 25      A.   If that's the -- if that's the vehicle, maybe

| | |
|---|---|
| 1 | about here.  Maybe -- I don't know how many feet that is. |
| 2 | Q.   I'm sorry.  If I could get an estimate from you, |
| 3 | I'm trying to understand where you're signaling.  From you |
| 4 | to this wall? |
| 11:14:22AM 5 | A.   No.  No.  No.  If that's the vehicle, and you're |
| 6 | asking me if there was cops around it, how close they |
| 7 | were, maybe like within the vicinity of like -- what is |
| 8 | this?  Like 10, 20 feet approximately. |
| 9 | Q.   Okay.  And those officers that you could see |
| 11:14:42AM 10 | closest to that BearCat about 10 to 20 feet from it, how |
| 11 | were they dressed? |
| 12 | A.   In police uniform. |
| 13 | Q.   Can you describe it for me? |
| 14 | A.   Just all dark.  I didn't -- I could see they had |
| 11:14:56AM 15 | emblems, and I can see that they had vests on, but I |
| 16 | didn't -- I couldn't see anything identifying anything |
| 17 | else. |
| 18 | Q.   Okay.  When you say "dark," what color were they |
| 19 | wearing? |
| 11:15:07AM 20 | A.   Some of them looked like they had a gray green |
| 21 | and then a dark maybe black color. |
| 22 | Q.   Okay.  So was there something blocking your view |
| 23 | if you could see the officers on the ground but you could |
| 24 | only see the top six inches of that BearCat? |
| 11:15:22AM 25 | A.   Well, there was a lot of police vehicles kind of |

1    blocking my way so I couldn't move, and then they had set

2    up perimeters so I couldn't move anywhere, and then they

3    also had a -- at one point in time they brought in an

4    ambulance, and it was staged there.  So at various times

11:15:41AM 5    then the vision got blocked by everything going on in that

6    area from -- from Baker that way.

7         Q.   Okay.  And this is still from a city block away;

8    correct?

9         A.   Yes.

11:15:54AM 10        Q.   Any of the police officers that you saw at

11   Bristol and Santa Ana, did you see them with a weapon out

12   of any sort?

13        A.   No.

14        Q.   Okay.  At any point on the date of this incident,

11:16:09AM 15   did you ever see a police officer with their weapon out at

16   Bristol and Santa Ana?

17        A.   No.

18        Q.   All right.  When you first arrived at Baker and

19   Santa Ana in response that phone call from Julio, I know

11:16:33AM 20   that you said you saw three police vehicles.  What's the

21   first thing you did upon arriving at that street corner?

22        A.   I just stood there, and my daughters were back

23   and forth, and we were just, you know, trying to find out

24   what was going on.  My son-in-law came.

11:16:57AM 25        Q.   And how long did you stand at that street corner?

```
 1          A.   Actually I stood there until 2:30 in the morning
 2     the next morning.
 3          Q.   Okay.  So you stood at that street corner from
 4     about 5:00 o'clock in the evening until 2:00 in the
 5     morning?
 6          A.   Yes.
 7          Q.   Did you ever leave that street corner of Santa
 8     Ana Boulevard and Baker during that period from 5:00 p.m.
 9     to 2:00 a.m.?
10          A.   Yes.  I left about 7:00 o'clock to go to the
11     restroom.
12          Q.   Okay.  And when you left at 7:00 o'clock to go to
13     the restroom, where did you go?
14          A.   To the ex-husband's house on Second Street.
15          Q.   At any point from when you arrived at that street
16     corner of Santa Ana and Baker until you left at 2:00 a.m.,
17     did you ever have any contact with Antonio Lopez?
18          A.   No.
19          Q.   At any time from when you arrived at the street
20     corner of Santa Ana Boulevard and Baker, did you ever have
21     any contact with Brandon Lopez?
22          A.   No.
23          Q.   Did you ever try to contact Brandon Lopez that
24     day?
25          A.   Yes.
```

11:17:16AM  5
11:17:26AM 10
11:17:52AM 15
11:18:11AM 20
11:18:17AM 25

1      Q.   When you were standing at that street corner of

2  Santa Ana Boulevard and Baker, were there other people

3  around?

4      A.   There had to have been at least a hundred people

11:21:15AM 5  around.

6      Q.   Okay.  And I know you've mentioned that your two

7  daughters were there as well; is that correct?

8      A.   Yes.

9      Q.   Was there anyone else at that street corner that

11:21:28AM 10  you recall or recognize?

11      A.   The -- one of the mothers of my grandchild, Rocio

12  Flores, she was there.  A friend of hers were there, and a

13  lot of the neighbors were there.

14      Q.   Okay.  Other than you, your two daughters and

11:21:48AM 15  Rocio Flores, was there anyone else that you recognized

16  that was there?

17      A.   My son-in-law.

18      Q.   Was that Julio?

19      A.   Yes.

11:21:55AM 20      Q.   Okay.  Anyone else that you recall being present?

21      A.   My nephew.  Actually two nephews.

22      Q.   What are their names?

23      A.   Jonathan Hernandez and Michael Hernandez.

24      Q.   Anyone else?

11:22:10AM 25      A.   I believe one other nephew, Luis.  Luis Perez.

1          Q.    So other than Rocio Flores, Julia Flores -- or

2    excuse me, Julio Flores and Jonathan and Michael Hernandez

3    and Luis Perez, was there anyone else that you recognized

4    that was present?

11:22:30AM 5          A.    No.

6          Q.    Okay.   From when you arrived at that street

7    corner of Santa Ana Boulevard and Baker at about 5:00 in

8    the evening on the 28th of September until you left at

9    2:00 a.m. the following day, other than leaving at 7:00

11:22:52AM 10   p.m. to go to your ex-husband's house, did you ever go

11   anywhere else during that time?

12         A.    No.   Uh-uh.

13         Q.    As far as this incident between Brandon and the

14   police officers, what's the first thing that you recall

11:23:12AM 15   occurring when you were present at the street corner?

16         A.    Just a lot of commotion.   A lot of cops standing

17   around.   Maybe about an hour or two after I got there, my

18   son-in-law was called to a -- called to a -- I know.   It's

19   kind of scary.

11:23:47AM 20         MS. BAKKEN:   Can we go off record real quick?

21         THE VIDEOGRAPHER:   Off record, Counsel?   Off

22   record?

23         MS. QUESADA:   Oh, yes.   Sorry.

24         THE VIDEOGRAPHER:   Off record.   11:24.

11:24:36AM 25         (Off-the-record discussion.)

1          THE VIDEOGRAPHER:  Back on record.  The time is

2     11:25.

3     BY MS. BAKKEN:

4          Q.   Okay.  So I'm sorry.  You were telling me that

11:24:55AM 5     about an hour or two after you arrived, then I think you

6     started to say your son-in-law --

7          A.   My son-in-law approached a car.  I believe it was

8     a Santa Ana police car, and my ex-husband came out, and I

9     didn't know he was in that car, and then they both left.

11:25:18AM 10     And then my son-in-law came back, and he stayed with me

11     the remainder of the night.

12          Q.   And the police vehicle that you saw Antonio Lopez

13     come out of, where was that vehicle positioned?

14          A.   Right exactly at the corner of Baker and Santa

11:25:41AM 15     Ana Boulevard.  It was kind of catty -- kind of blocking

16     the intersection so you couldn't move through.  It was

17     just right middle of the -- the street.

18          Q.   And other than seeing Antonio Lopez come out of a

19     police vehicle at Baker and Santa Ana, what's the next

11:25:59AM 20     thing that you recall happening?

21          A.   I want to say about 9:50, 9:55, we had a police

22     officer come up to us and advise us that they would be

23     entering like incendiaries or flash bangs to try to get

24     Brandon out of the car, so they advised us that we would

11:26:36AM 25     be hearing some noises.

1    Q.   Okay.  And was that a conversation you overheard,

2    or did a police officer come up --

3    A.   Well, they come up to me.

4    Q.   Hold on.  Let me get my question out.  I know

11:26:52AM 5   sometimes you know where it's going.

6         Did a police -- is that a conversation that you

7    overheard, or did a police officer come you to you and

8    tell you they were going to use flash bangs to get Brandon

9    out of the car?

11:27:05AM 10  A.   They came up to me.

11   Q.   Do you recall if that was a Santa Ana police

12   officer, an Anaheim police officer or something else?

13   A.   I do not.

14   Q.   Was that one officer or multiple?

11:27:16AM 15  A.   It was one.

16   Q.   Do you remember what that officer looked like?

17   A.   It was Hispanic, smaller size.  Smaller in

18   stature, older.

19   Q.   Is that a different officer than the Hispanic

11:27:33AM 20  officer that you described earlier who asked if you were

21   Brandon's mom?

22   A.   Yes.

23   Q.   Okay.  And other than that officer telling you

24   that they were going to use flash bangs to get Brandon out

11:27:43AM 25  of the car, did that officer say anything else to you?

1        A.    No.

2        Q.    Do you know why that officer came up and informed

3    you of that?

4        A.    When he approached me, he asked if I was

11:27:58AM 5    Brandon's mom, I believe.  I said yes.

6        Q.    And I know you've given me the gist of what he

7    said.  Do you recall verbatim or as close to verbatim of

8    what he told you?

9        A.    That was pretty much all he -- what he told me.

11:28:13AM 10       Q.    Did you respond to him telling you that they were

11   going to use flash bangs to get Brandon out of the car?

12       A.    I believe I started crying.

13       Q.    And did that officer say anything at that point

14   in response?

11:28:27AM 15       A.    No.

16       Q.    How did that interaction between you and that

17   officer end?

18       A.    I think I just said, "Thank -- you know, "Thank

19   you for letting me know," and that was pretty much it.

11:28:45AM 20       Q.    Was anyone else present for that conversation

21   other than you and that police officer?

22       A.    My son-in-law, Julio Torres.

23       Q.    After that conversation with the police officer

24   at about 9:50 or 9:55, what's the next thing that

11:29:03AM 25   happened?

1      A.   We stood at that same corner, and then I just
2  remember the flash bangs.
3      Q.   When you say you remember the flash bangs, what
4  do you mean?
11:29:21AM 5      A.   I could hear them.
6      Q.   What did you hear?
7      A.   Flash bangs, and immediately after gunfire.
8      Q.   Had you ever heard a flash bang before this
9  incident?
11:29:41AM 10      A.   No.
11      Q.   How is it that you knew that what you were
12  hearing was a flash bang?
13      A.   Because it -- it had kind of a popping -- not a
14  popping sound.  It didn't have a gunfire sound.  It had a
11:30:08AM 15  different tone to it, so I'm assuming that's what the
16  flash bangs were since they had already told me they were
17  going to do it.
18      Q.   Can you describe for me the noise that you heard?
19      A.   Almost sounded like a -- like a firecracker.
11:30:27AM 20      Q.   Okay.  And you said you heard flash bangs.  Was
21  there more than one?
22      A.   There was multiple.  Yes.
23      Q.   How many?
24      A.   Maybe three or four.
11:30:40AM 25      Q.   Okay.  So you heard three or four noises that you

1   assumed were flash bangs?

2       A.   Yes.

3       Q.   And how much time passed between the first flash

4   bang that you assumed you heard and what you assumed to be

11:30:55AM 5   the fourth flash bang?

6       A.   Maybe a matter of a couple seconds.

7       Q.   When you say "a couple," how many do you mean?

8       A.   Maybe two, three seconds.

9       Q.   Okay.  So all four of the three to four noises --

11:31:13AM 10      A.   They were consecutive like one right after the

11  other.

12      Q.   So all three to four of those noises that you

13  assumed to be the noise of a flash bang occurred within

14  two to three seconds?

11:31:23AM 15      A.   Yes.

16      Q.   And then you said you heard gunfire immediately

17  after those three to four noises?

18      A.   Yes.

19      Q.   What did you hear?  Can you describe for me what

11:31:45AM 20  the noise was that you heard that you believed to be

21  gunfire?

22      A.   Gunshots.

23      Q.   Okay.  How many gunshots did you hear?

24      A.   A lot of them, and they were all in succession.

11:32:02AM 25      Q.   Approximately how many?

```
 1          A.   Probably at least ten.

 2          Q.   So at least ten.  Was it less than 20?

 3          A.   It just seemed to go on.  It could have been 20.

 4     It just seemed like it never stopped.

 5          Q.   Okay.  At least ten.  Would it be less than 30?

 6          A.   It could be less than 30.

 7          Q.   Somewhere between ten and 30 sound correct?

 8          A.   Yeah.

 9          Q.   From when you heard the last noise that you

10     assumed to be a flash bang until you heard the first noise

11     that you assumed to be a gunshot, how much time passed?

12          A.   Seconds.

13          Q.   What's --

14          A.   Maybe three or four seconds.

15          Q.   From when you heard the first noise that you

16     assumed to be a gunshot until you heard the last noise

17     that you assumed to be a gunshot, how much time passed?

18          A.   Maybe about a minute, just --

19          Q.   When you heard the ten to 30 sounds that you

20     believed to be gunshots, were there any pauses or breaks

21     in between them?

22          A.   No.

23          Q.   So is it correct to say that from when you heard

24     that first noise that you believed to be a flash bang

25     until you heard the last noise that you believed to be the
```

11:32:25AM 5
11:32:59AM 10
11:33:18AM 15
11:33:51AM 20
11:34:12AM 25

1    last gunshot, that would have been all within about a

2    minute and two to three seconds?

3         A.   That sounds about right.

4         Q.   For that entire minute and two to three seconds,

11:34:28AM 5   were you still standing on the northeast corner of Santa

6    Ana and Baker?

7         A.   I was, but I had fallen to the floor.  I started

8    screaming.

9         Q.   Other than this incident, had you ever heard the

11:34:48AM 10  sound of a gunshot before?

11        A.   Yes.

12        Q.   In what scenario?

13        A.   Maybe about seven years prior to this incident, a

14   15-year-old boy was shot at the corner of Second and

11:35:16AM 15  Baker.  I heard the gunshot, and we found this poor kid in

16   the -- right off of the curb.  Somebody had killed him.

17        Q.   The gunshots that you believe you heard during

18   this incident, did they sound the same as the gunshot that

19   you had heard seven years prior?

11:35:34AM 20       A.   No.

21        Q.   Okay.  How did they sound different?

22        A.   Rapid fire.  Just sounded more rapid succession.

23   And the gunshot I heard seven was just like a -- one shot,

24   just a little bit more louder and -- but the ones from

11:36:06AM 25  the -- the day of the event was more -- they were more,

 1    you know, in succession the way they were being released.

 2         Q.    Do you have any familiarity with firearms?

 3         A.    No.

 4         Q.    Okay.  Is it correct to say that you would not be

11:36:26AM 5    able to tell the type of firearm based on the sound that

 6    you hear?

 7         A.    Probably.

 8         Q.    Based on the noises that you heard during this

 9    incident, could you identify the type of firearm that you

11:36:38AM10    believed was being used?

11         A.    No.

12         Q.    So I know you said after you heard those noises

13    that you assumed to be a flash bang and the gunshots, you

14    then fell to the floor at the street corner; correct?

11:37:02AM15         A.    (Witness nods head.)

16         Q.    Is that a yes?

17         A.    Yes.

18         Q.    What's the next thing that happened?

19         A.    People just started coming up to me, and

11:37:15AM20    everybody was in hysterics.  Daughters came back, and they

21    were just -- everybody was hysterically crying.

22         Q.    Okay.  When you say everyone was crying, who are

23    you referring to?

24         A.    My nephew.  My nephew.  Rocio, her friend.

11:37:59AM25    There's neighbors.  People that were there.

1     Q.   What's the next thing that you remember happening?

2     A.   Nothing happened.  Nothing happened until about

3  2:00 o'clock.  Nobody came up to us.  Nobody said

4  anything.  It was about 2:00 o'clock.  I finally had -- I

11:38:33AM 5  believe it was that same officer that told me about the

6  flash bangs or what they were going to do.  He finally

7  came up to me, and I asked him what's going on.

8     Q.   Did that officer respond to you?

9     A.   Yes.

11:39:03AM 10    Q.   And what did he tell you?

11    A.   He said my son was deceased.

12    Q.   Are those the words that he used, or is that your

13  understanding of what he told you?

14    A.   His exact words were, "Yes.  Your son is dead."

11:39:27AM 15    Q.   So if I understand correctly, that conversation

16  between you and that police officer was you went up to

17  him, and you asked him what is going on, and he responded,

18  "Yes.  Your son is dead"?

19    A.   Yes.

11:39:40AM 20    Q.   Was there anything else said between the two of

21  you?

22    A.   No.

23    Q.   Do you recall approximately what time it was that

24  you heard that first noise that you believe to be a flash

11:39:57AM 25  bang?

1    A.    A little bit after 10:00.

2    Q.    At any point from when you arrived at Baker and

3    Santa Ana Boulevard until 2:00 a.m. the following morning,

4    had you ever visually seen Brandon?

11:40:25AM 5    A.    No.

6    Q.    Did you ever hear Brandon at any point when you

7    were at that location?

8    A.    No.

9    Q.    Is it correct to say that the only basis for you

11:40:50AM 10    believing that Brandon was at that street corner of

11    Bristol and Santa Ana was Julio's representation to you

12    that he was?

13    A.    Well, the neighbors -- as I was standing there,

14    the neighbors came up to me and said it was Brandon in the

11:41:29AM 15    car.  I mean Julio's not the only one, but people who were

16    there were saying it was Brandon in the car.

17    Q.    Okay.  And who were those individuals that told

18    you that?

19    A.    I would say my daughters knew that -- my

11:41:45AM 20    daughters, Michelle, Melissa, knew it was Brandon in the

21    car.

22    Q.    So I don't want you to try and guess what other

23    people knew.  I just want to know if anyone else told you

24    or represented to you that Brandon was at Bristol and

11:41:58AM 25    Santa Ana, or if it was just Julio Torres.

1      A.   The -- the first police officer that -- that I --

2  that came up to me and asked me about Brandon let me know

3  that he was in the car.

4      Q.   That would be the Hispanic officer --

11:42:25AM 5      A.   Yeah.

6      Q.   -- that asked you if you were Brandon's mother?

7      A.   Yes.

8      Q.   And what did he tell you in that regard?

9      A.   After he asked me, he just said -- he goes,

11:42:42AM 10  "Brandon is in the car," and I think he said something to

11  the -- I think he said that they were trying to get him to

12  answer a phone, or the negotiators were trying to talk to

13  him, and that's when he asked me to give him a little bit

14  of insight about Brandon, how he was.

11:43:01AM 15      Q.   And you said that that officer told you that

16  Brandon is in the car.

17      A.   Yes.

18      Q.   Did you have any context of what car he was

19  referring to?

11:43:08AM 20      A.   He didn't say what car he was -- he was in.

21      Q.   Okay.  So this officer just came up to you and

22  said that Brandon was in the car and then asked if you

23  were his mother?

24      A.   Yes.

11:43:21AM 25      Q.   And then asked for additional details?

1          A.    Yes.

2          Q.    Other than that conversation with the police

3    officer where he told you that Brandon was in an

4    unidentified car and asked if you were his mother, and

11:43:41AM 5    then the other police officer who came up to you and

6    advised you that they were going to use flash bangs, did

7    you have any other conversations with police officers that

8    day?

9          A.    No.   Those were the only two.

11:43:51AM 10          Q.    At any point, were you ever interviewed by any

11    detectives or officers following this incident?

12          A.    No.

13          Q.    At the time that you heard what you believed to

14    be the flash bang, could you see anything that was

11:44:08AM 15    occurring at Bristol and Santa Ana?

16          A.    No.

17          Q.    At the time that you heard what you believed to

18    be gunfire, could you see anyone with a firearm?

19          A.    No.

11:44:21AM 20          Q.    Is it correct to say, then, that when you fell to

21    the floor in response to hearing those things, you didn't

22    know what was occurring at Bristol and Santa Ana other

23    than the noises that you heard?

24          A.    I knew what gunshots meant.

11:44:46AM 25          Q.    So you heard what you believed to be gunshots;

```
 1   that night?

 2        A.   That's correct.

 3        Q.   Other than what you've told me on the record

 4   today, is there anything else that you recall observing

 5   about this incident that you've not yet told me?

 6        A.   No.

 7             MS. BAKKEN:  All right.  If we can go off the

 8   record and take a quick break.

 9             THE VIDEOGRAPHER:  Off record?

10             MS. QUESADA:  Sure.

11             THE VIDEOGRAPHER:  Off record.  11:53.

12             (Recess taken.)

13             THE VIDEOGRAPHER:  Back on the record.  The time

14   is 12:01.

15   BY MS. BAKKEN:

16        Q.   Ms. Lopez, what is Brandon Lopez's birth date?

17        A.   December 2nd, 1987.

18        Q.   And where was Brandon born?

19        A.   Orange, California.

20        Q.   And Brandon's parents will be yourself and

21   Antonio Lopez; correct?

22        A.   Right.

23        Q.   Did Brandon ever go by any other names in his

24   lifetime?

25        A.   No.
```

11:52:52AM (line 5)
11:53:07AM (line 10)
12:01:09PM (line 15)
12:01:21PM (line 20)
12:01:35PM (line 25)

|   |   |
|---|---|
| 1 | to ask.  Was any of your property as far as your |
| 2 | belongings damaged as a result of this incident? |
| 3 | A.   No. |
| 4 | Q.   Okay.  Turning to physical damages, that's |
| 12:19:22PM 5 | separate from psychological, which we'll get to.  It's |
| 6 | things like your body being harmed as far as a broken bone |
| 7 | a bruise, things like that.  Did you ever suffer any |
| 8 | physical damages as a result of this incident? |
| 9 | A.   No. |
| 12:19:34PM 10 | Q.   All right.  Now turning to your psychological and |
| 11 | emotional damages, people feel psychological damages and |
| 12 | experience them differently.  So as far as this incident, |
| 13 | how did it affect you emotionally and psychologically? |
| 14 | A.   That was my son.  It's one thing to lose a child |
| 12:20:04PM 15 | through an illness or a traffic accident or just lose a |
| 16 | child in general, but when we're talking about in which |
| 17 | the manner he was -- he lost his life, and me being |
| 18 | present and auditorily hearing everything, I can't even |
| 19 | begin to tell you how it's been because I hear those |
| 12:20:28PM 20 | sounds 24/7. |
| 21 | Q.   When you say that you hear those sounds, what do |
| 22 | you mean? |
| 23 | A.   That one to three minutes plays often in the |
| 24 | background.  If I see a picture of Brandon, that's the |
| 12:20:55PM 25 | first thing that comes to mind. |

1      Q.    Have you ever gone to see a therapist or a

2   psychiatrist since this incident about the emotional

3   damages?

4      A.    Yes.

12:21:10PM 5      Q.    And when did you first begin seeing a -- well,

6   strike that.

7            Was it a therapist or a psychiatrist or a

8   psychologist or something else?

9      A.    It's a therapist.

12:21:22PM 10      Q.    When did you first begin seeing a therapist?

11      A.    About eight months ago, nine months ago.

12      Q.    So would that be towards the end of 2023?

13      A.    Yes, somewhere around -- well, even -- no.  Like

14   mid -- like July, August.

12:21:58PM 15      Q.    And what is the name of that therapist that you

16   began seeing in July or August of 2023?

17      A.    I don't have her name.  I have to pull it.  It's

18   through St. Joseph's Heritage Medical Group.  I can send

19   it to you.

12:22:13PM 20      Q.    Sure.  If we leave a blank in the transcript,

21   would you be able to fill that in --

22      A.    Yeah.

23      Q.    -- when you review it?  Thank you.

24            (INFORMATION REQUESTED: _____

12:22:17PM 25   _____

1  _____

2  _____.)

3  BY MS. BAKKEN:

4      Q.   And how often are you seeing that therapist?

12:22:23PM 5    A.   Every two weeks.

6      Q.   And are those in-person visits or --

7      A.   They're Zoom.

8      Q.   Zoom.  Prior to July, August of 2023, had you

9  seen a therapist?

12:22:41PM 10   A.   I had -- I had seen one in between, but with

11 Zoom, and I was in between insurance coverages, so it was

12 kind of impossible, and what they wanted was out of my

13 price range, so I had to kind of just wait on it.  I was

14 in between employers so --

12:23:04PM 15   Q.   When you were seeing that therapist before you

16 switched, how long were you seeing them for?

17     A.   I only got to see them once a month for -- it was

18 like eight months.

19     Q.   Do you remember that therapist's name?

12:23:19PM 20   A.   I can get that to you as well.

21     Q.   Thank you.

22     A.   It was through St. Joseph's.

23     Q.   Okay.  Other than those two therapists that

24 you've told me about, have you seen any other mental

12:23:31PM 25 health or -- excuse me, psychiatrists, psychologists

```
  1   regarding this incident?

  2       A.   No.

  3       Q.   Do you find that seeing those therapists has

  4   helped you?

  5       A.   They give me some -- yeah.  Yes.

  6       Q.   And have they given you any medication to assist

  7   you with how you've been feeling?

  8       A.   Actually, my doctor put me on medication, my

  9   primary doctor.

 10       Q.   Okay.  And do you know that doctor's name?

 11       A.   Philip Madrid.

 12       Q.   And what did that doctor prescribe to you?

 13       A.   Xanax.

 14       Q.   And when were you prescribed Xanax from

 15   Dr. Madrid?

 16       A.   I want to say in October.

 17       Q.   Would that be October of 2023?

 18       A.   Of 2021.

 19       Q.   And what is your understanding of why Dr. Madrid

 20   prescribed you Xanax?

 21       A.   I told him what happened.

 22       Q.   And did Dr. Madrid give you any diagnosis at that

 23   time?

 24       A.   He said that it sounded like I was experiencing

 25   PTSD.
```

Timestamps in left margin: 12:23:42PM (line 5), 12:24:05PM (line 10), 12:24:21PM (line 15), 12:24:38PM (line 20), 12:24:54PM (line 25)

```
 1          Q.   Is it correct that you received a formal
 2     diagnosis of PTSD from Dr. Madrid?
 3          A.   It's possible.  Yes, it's safe to say.  Yeah.
 4          Q.   And other than prescribing you Xanax, did
12:25:10PM 5   Dr. Madrid prescribe you anything else or assign you any
 6     other treatment for that?
 7          A.   Well, he encouraged me to go treatment.
 8          Q.   Okay.
 9          A.   To see a therapist.
12:25:21PM10        Q.   Other than being prescribed Xanax and going to
11     therapy, did you receive any other treatment?
12          A.   No.
13          Q.   Do you feel that you suffer from depression as a
14     result of this incident?
12:25:39PM15        A.   Yes.
16          Q.   And how does that manifest for you?
17          A.   I'll give you an example.  I feel very guilty to
18     celebrate birthdays and events now because we're minus one
19     person.  I feel guilty in -- I feel guilty when I feel any
12:26:27PM20   sense of happiness because I'm short one person in my
21     life.  There's a -- there's a sense of sadness.
22          Q.   Do you feel as though you've suffered from
23     anxiety as a result of this incident?
24          A.   Um-hum.
12:26:46PM25        Q.   How so?
```

1    A.   I don't trust anybody anymore.  I don't trust

2    anything.

3         Q.   Other than going to therapy, is there anything

4    else that you've found that you can do that helps you feel

12:27:13PM 5    a little bit better?

6         A.   Brandon and I were very kindred in music.

7    Actually, all my children are -- are very involved in

8    music.  This -- they were -- so I have, you know, my

9    specific nights that I listen to what Brandon liked to

12:27:41PM 10   listen to to try to cope.

11        Q.   Have you ever written anything down about this

12   incident or how you've been feeling?

13        A.   No.

14        Q.   Some people feel that when they suffer from

12:28:08PM 15   anxiety or depression that they have physical

16   manifestations of that, like they lose their appetite or

17   they don't sleep as well.  Have you experienced anything

18   like that?

19        A.   I haven't had a decent night's sleep since that's

12:28:24PM 20   happened.

21        Q.   Other than what you've already told me, have you

22   experienced any other emotional or psychological damages

23   related to this incident?

24        A.   No.  Because I just feel like I'm suffering

12:29:12PM 25   enough.

1       Q.   I know when I started these questions, I broke it

2   up into the four categories for you.  Is there anything

3   that you feel like you've suffered from or experienced

4   that don't fall into those categories?

12:29:26PM 5       A.   No.

6       Q.   Throughout today's deposition, have you been

7   completely honest with me?

8       A.   Um-hum.  Yes.

9       Q.   Is there anything to any of the questions that

12:29:49PM 10   I've asked you that you feel like since you've thought

11   about it and we've been here a couple hours that you want

12   to add to any of your answers or change any of your

13   answers?

14       A.   No.

12:29:58PM 15       MS. BAKKEN:  Okay.  Then I don't have any further

16   questions for you, but I appreciate your time today.  I

17   don't know if, Counsel, if there's any follow-up you'd

18   like, or if you want to take a break, we can.

19

12:30:05PM 20                     EXAMINATION

21   BY MS. QUESADA:

22       Q.   I'll just ask briefly, the photo that you saw of

23   Brandon earlier that Ms. Bakken showed you, had you ever

24   seen that photo before?

12:30:17PM 25       A.   No.

1   Q.   Okay.  Did it look unfamiliar to you the way

2   Brandon appeared?

3   A.   Yes.

4   Q.   How so?

12:30:25PM 5   A.   Brandon never had hair.  He was always bald.  He

6   hadn't had hair for years.  If you look at pictures of

7   Brandon, Brandon has -- and I'm not being racial in any

8   way, but Brandon had more Filipino traits.  He had more of

9   a -- of an almond slant in his eyes that -- the eyes and

12:30:51PM 10   the nose do not look like Brandon.  The -- the tattoo

11   that's across that says Sonny Boo, it's placed correctly,

12   and there's another tattoo over the -- over the cheekbone

13   that says Rosie that's placed correctly, but the eyes,

14   just the facial structure, that doesn't look like Brandon

12:31:18PM 15   at all.  Doesn't look like -- anything like him.

16   Q.   Okay.  And then on the day of the incident when

17   you were standing at the corner and you heard the flash

18   bangs and you heard what you believed to be gunshots, you

19   said you fell to the floor, and you were screaming.  Why

12:31:36PM 20   did you fall to the floor and were screaming?

21   A.   Because I knew what had happened.  It doesn't

22   take -- doesn't take common sense to figure it out.

23   Q.   You understand --

24   A.   I understood exactly what had happened.

12:31:48PM 25   Q.   Okay.  Okay.  And you stayed there until about

|     |     |
| --- | --- |
| 1 | 2:30; correct?  How come you stayed there until 2:30? |
| 2 | A.   Because I wanted somebody to tell me that he was |
| 3 | dead, and it wasn't until like 2:00 o'clock when I finally |
| 4 | got my answer.  Nobody -- in all that time, nobody came up |
| 12:32:08PM 5 | to me.  And I'm diabetic, and I -- the only reason why I |
| 6 | went home at 2:00 is because I got my answer, and I didn't |
| 7 | have anything to eat, and I started feeling like I was |
| 8 | going into shock, but nobody took -- took forever for |
| 9 | somebody to come up and tell me that Brandon was dead. |
| 12:32:29PM 10 | MS. QUESADA:  Okay.  All right.  I don't have any |
| 11 | other questions.  Thank you. |
| 12 | |
| 13 | FURTHER EXAMINATION |
| 14 | BY MS. BAKKEN: |
| 12:32:33PM 15 | Q.   Just very briefly -- would you like to take a |
| 16 | break?  I just have one clarifying question. |
| 17 | A.   No.  Go ahead. |
| 18 | Q.   Okay.  When counsel was just asking you about the |
| 19 | photo, I just want to make sure that the record's clear. |
| 12:32:44PM 20 | When you said that you had a hard time recognizing |
| 21 | Brandon, was that in what I had showed you that was marked |
| 22 | as Exhibit 2 that's labeled as a booking photo from |
| 23 | February 7th of 2021? |
| 24 | A.   That's correct. |
| 12:32:57PM 25 | MS. BAKKEN:  Okay.  Thank you.  We can go off |

```
 1    STATE   OF   CALIFORNIA      )
                                   ) ss.
 2    COUNTY OF ORANGE             )

 3

 4         I, CRISTINA ROLLER, Certified Shorthand Reporter,

 5    License No. 10879, for the State of California, do hereby

 6    certify:

 7         That, prior to being examined, the witness named in

 8    the foregoing deposition, to wit, JOHANNA SUZETTE LOPEZ,

 9    was by me duly sworn to testify the truth, the whole truth

10    and nothing but the truth;

11         That said deposition was taken down by me in shorthand

12    at the time and place therein named and thereafter reduced

13    to computer-aided transcription under my direction.

14         That the foregoing transcript, as typed, is a true

15    record of the said proceedings.

16         I further certify that I am not interested in the

17    event of the action.

18

19                         WITNESS my hand this 21st day of

20    May, 2024.

21

22

23                         Cristina Roller

24                         CRISTINA ROLLER, C.S.R. NO. 10879

25
```