# EXHIBIT I





