# EXHIBIT J















