Lena P. Andrews
Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Blvd., STE 1000
Beverly Hills, CA 90212

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Antonio Lopez and Johanna Lopez | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:22-cv-01351-JVS-ADS |
| v. | |
| City of Anaheim et al | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

(1) Defendant Panov's Body Worn Camera, attached as Exhibit E to the Declaration of Lena P. Andrews
(2) Defendant Delgado's Body Worn Camera, attached as Exhibit F to the Declaration of Lena P. Andrews
(3) Defendant Weber's Body Worn Camera, attached as Exhibit G to the Declaration of Lena P. Andrews

**Reason:**
[ ] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

July 22, 2024                          Lena Andrews
Date                                   Attorney Name

                                       Plaintiff Ekaterina Im
                                       Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).