**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez, <br><br> Plaintiff, <br><br> vs. | Case No.: 8:22-cv-01351-JVS-ADS <br><br> *(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)* <br><br> **PLAINTIFFS' ADMINISTRATIVE APPLICATION TO FILE  BODY WORN CAMERA MARKED CONFIDENTIAL BY FORMER DEFENDANT CITY OF SANTA ANA IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

Case No. 2:22-cv-07651-JLS-KS

CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,

Defendants.

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

Pursuant to Local Rule 79-5.2.2, Plaintiffs ANTONIO LOPEZ (hereinafter "Mr. Lopez") and JOHANNA LOPEZ (hereinafter "Ms. Lopez") ("Plaintiffs") hereby submit their Administrative Application to File Exhibits Marked Confidential by Defendants in Support of Their Opposition to Defendants' Motion for Summary Judgment Under Seal. The full documents, attached as Exhibits to the Declaration of Lena P. Andrews in Support of Plaintiffs' Administrative Application to File Exhibits in Support of Their Opposition to Defendants' Motion for Summary Judgement Under Seal, are proposed to be filed under seal.

**PLAINTIFFS' ADMINISTRATIVE APPLICATION TO FILE  BODY WORN CAMERA MARKED CONFIDENTIAL BY FORMER DEFENDANT CITY OF SANTA ANA IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Pursuant to Local Rule 79-5.2.2(b), Plaintiffs make this application on the grounds that: Plaintiffs rely on the Body Worn Camera Video of SAPD Officer Arias (Exhibit L) in support of their Opposition to Defendants Motion for Summary Judgment. Exhibit L was produced and marked confidential by former Defendant City of Santa Ana, who is no longer a party to this action.

The parties met and conferred via email on July 22, 2024, regarding the video. The parties were unable to reach an agreement regarding whether the document could be filed publicly.

Accordingly, Plaintiffs respectfully request this Court enter an order permitting the Body Worn Camera Video of SAPD Officer Arias (Exhibit L), to be filed under seal in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. In the alternative, Plaintiffs respectfully request this Court deny this application and enter an Order permitting Plaintiffs to file the Body Worn Camera Video of SAPD Officer Arias (Exhibit L) publicly.

Dated:  July 22, 2024                    **BURRIS, NISENBAUM, CURRY & LACY LLP**


By: /s/ *Lena Andrews*_____
      DeWITT M. LACY
      JOHN L. BURRIS
      JULIA N. QUESADA
      LENA P. ANDREWS
      Attorneys for Plaintiffs Antonio
      Lopez, Johanna Lopez, & S.L. by
      and through his guardian ad litem
      Rocio Flores