Lena P. Andrews
Burris, Nisenbaum, Curry & Lacy LLP
9701 Wilshire Blvd., STE 1000
Beverly Hills, CA 90212

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Antonio Lopez and Johanna Lopez

PLAINTIFF(S)

v.

City of Anaheim et al

DEFENDANT(S).

CASE NUMBER:

8:22-cv-01351-JVS-ADS

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

(1) Body Worn Camera Footage of Santa Ana Police Department Officer Arias, attached as Exhibit L to Plaintiff's Application to File Under Seal.

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

July 22, 2024
_____
Date

Lena Andrews
_____
Attorney Name

Plaintiff Ekaterina Im
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*