# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE APPLICATION TO FILE BODY WORN CAMERA MARKED CONFIDENTIAL BY FORMER DEFENDANT CITY OF SANTA ANA IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL [132]** |

Case No. 2:22-cv-07651-JLS-KS

**PLAINTIFFS' ADMINISTRATIVE APPLICATION TO FILE  BODY WORN CAMERA MARKED CONFIDENTIAL BY FORMER DEFENDANT CITY OF SANTA ANA IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

| | |
|---|---|
| 1 | HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

# ORDER

On July 24, 2024, Plaintiffs timely submit their Administrative Application to File Body Worn Camera Marked Confidential by Former Defendant City of Santa Ana in Support of Their Opposition to Defendants' Motion for Summary Judgment Under Seal

Finding good cause therefore, the Court GRANTS the application and ORDERS that Plaintiffs have leave to file the Body Worn Camera Video of SAPD Officer Arias (Exhibit L) under seal in support of their Opposition to Defendants' Motion for Summary Judgment.

Dated: July 24, 2024    By: *James V. Selna*
Honorable James V. Selna
United States District Judge

Case No. 2:22-cv-07651-JLS-KS

**PLAINTIFFS' ADMINISTRATIVE APPLICATION TO FILE BODY WORN CAMERA MARKED CONFIDENTIAL BY FORMER DEFENDANT CITY OF SANTA ANA IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**