**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,, <br><br> Plaintiff, <br><br> vs. | Case No.: 8:22-cv-01351-JVS-ADS <br><br> *(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)* <br><br> **DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO** |

Case No. 2:22-cv-07651-JLS-KS
**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS**

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

| | |
|---|---|
| CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department,, <br><br> Defendants. | **FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS** <br><br> Hearing Date: August 26, 2024 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 10C <br><br> MSJ Hearing: August 12, 2024 <br> FPTC: September 9, 2024 <br> Trial: September 17, 2024 |

I, Lena Andrews, declare:

1.  I am an attorney who is licensed to practice law in California and before this Court. I represent the Plaintiff in the above captioned matter and I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

2. In October of 2022, prior to both Burris, Nisenbaum, Curry & Lacy and Lewis Brisbois entering their appearance in the litigation, the parties propounded their initial disclosure Statements. Defendant City of Anaheim's Initial Disclosures, propounded by the Anaheim City Attorney's Office, identified 22 separate interviews, including interviews of the Defendant Officers, percipient Santa Ana and Anaheim law enforcement witnesses, and civilian witnesses.

3. No documents were produced with the initial disclosure statement.

4. Discovery closed on June 7, 2024, with Defendants never having produced any of the interviews described in the City's initial disclosure statement.

5. This was the first time any of these documents had been disclosed to Plaintiff as they were never produced during discovery despite them being directly responsive to several of Plaintiff's Request for Production of Documents and likely to lead to the discovery of admissible evidence.

6. On July 19, 2024, the parties met and conferred telephonically regarding Plaintiff's anticipated Motion to Strike after exchanging their written positions on the motion. The parties could not come to an agreement.

7. Attached hereto as "**Exhibit A**" is a true and correct copy of Defendant City of Anaheim's Initial Disclosure Statement.

8. Attached hereto as "**Exhibit B**" is a true and correct copy of Plaintiff Antonio Lopez's Request for Production of Documents to Defendant City of Anaheim, Set One.

9. Attached hereto as "**Exhibit C**" is a true and correct copy of the City of Anaheim's Responses to Plaintiff Antonio Lopez's Request for Production of Documents to Defendant City of Anaheim, Set One.

10. Attached hereto as "**Exhibit D**" is a true and correct copy of Defendant City of Anaheim's Supplemental Disclosure Pursuant to Federal Rule of Civil Procedure 26(A)(1).

**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS**

11. Attached hereto as "**Exhibit E**" is a true and correct copy of Correspondence from Abigail McLaughlin, dated July 18, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2024, at Beverly Hills, California.

By: /s/ *Lena Andrews*
    Lena Andrews
    Attorney for Plaintiff,
    Ymelda Elena, Mario Elena, & I.J.

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

PG. 4     Case No. 2:22-cv-07651-JLS-KS

**DECLARATION OF LENA P. ANDREWS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS**