# EXHIBIT A

Eugene P. Ramirez (State Bar No. 134865)
epr@manningllp.com
Craig Smith (State Bar No. 265676)
ges@manningllp.com
Anita Clark (State Bar No. 32015)
akc@manningllp.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St., 15th Floor
Los Angeles, California 90017-3012
Tel: (213) 624-6900 Fax: (213) 624-6999

ANAHEIM CITY ATTORNEY'S OFFICE
MOSES W. JOHNSON, IV (SBN 118769)
Assistant City Attorney
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants, CITY OF ANAHEIM, JORGE CISNEROS; PAUL DELGADO; BRETT HITMAN; KENNETH WEBER; and CAITLIN PANOV

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHANNA LOPEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANAHEIM; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; Does 1-10, ,<br><br>    Defendants. | Case No.:  8:22-cv-01351-JVS-ADS<br><br>**DEFENDANT CITY OF ANAHEIM'S INITIAL DISCLOSURES**<br><br>Scheduling Conf.<br>Date:  October 17, 2022<br>Time:  10:30 a.m.<br>Ctrm:  10C<br><br>Action Filed:    July 21, 2022<br>Trial Date:      None set |

Pursuant to FRCP 26(a)(1), Defendants, CITY OF ANAHEIM, JORGE CISNEROS; PAUL DELGADO; BRETT HITMAN; KENNETH WEBER; and CAITLIN PANOV, makes the following initial disclosures:

1. Witnesses. Defendants' witnesses are:

All Witnesses identified in APD Police Reports GO# 2021-142831 (OIS open investigation), GO#21-142757 (stolen vehicle report), Santa Ana Police Report #21-020830, OCDA OIS Investigation #21-004162 (not complete), DOJ #BI-RI2021-00030 (OIS not complete), Crime Lab FR #21-52738 and Coroner's Report #21-05765-MT, including, but not limited to:

1) Paul Delgado, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

2) Kenneth Weber, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

3) Catalin Panov, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

4) Brett Heitmann, former APD Police Officer, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

5) Jorge Cisneros, APD Chief of Police, 425. S. Harbor Blvd., Anaheim, CA 92805 (714) 765-1900

6) Garret Melberg, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

7) Phillip Vargas, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

8) Ricky Reynoso, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

9) Brandon Mullins, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

10) Ernesto Sena, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

11) Frank Ramirez, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

12) James Lopez, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

13) Steve Salicos, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

14) Michael Williams, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

15) Curt Ledesma, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

16) Brent Sporn, 370 S. Wilde St., Anaheim, CA 92802 (714) 240-3473

17) OCFA Captain/Paramedic Christopher Jaime, 120 W. Walnut St., Santa Ana, CA 92701 (714) 567-3255

18) Kenny Aguilar, SAPD Officer, 60 Civic Center Plaza, Santa Ana, CA 92701 (714) 245-8665

19) Nelson Menendez, SAPD Officer, 60 Civic Center Plaza, Santa Ana, CA 92701 (714) 245-8665

20) Luis Galeana, SAPD Corporal, 60 Civic Center Plaza, Santa Ana, CA 92701 (714) 245-8049

21) Manuel Pardo, SAPD Officer, 60 Civic Center Plaza, Santa Ana, CA 92701 (714) 245-8049

22) Sergio Martinez, SAPD Officer, 60 Civic Center Plaza, Santa Ana, CA 92701 (714) 245-8049

23) Randy Lucio, 1245 W. Santa Ana Blvd., Santa Ana, CA 92703, (714) 542-8428

24) Dr. Yong-son Kim, OC Coroner's Office, 1071 W. Santa Ana Blvd., Santa Ana, CA 92703

25) Vanessa Havro, OC Crime Lab, 320 N. Flower St., Santa Ana, CA 92703 (714) 834-4510

26) Sharon Mae Marissa Cortez, 678 S. Breezy Way, Orange, CA 92869

1  (714) 473-2635
2      27) Alex Hernandez Cortez, 678 S. Breezy Way, Orange, CA 92869 (714)
3  814-5358
4      28) Jeff Mundy, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714)
5  765-1900
6      29) Jimmy Elliott, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714)
7  765-1900
8      30) Michael Dohmann, APD, 425 S. Harbor Blvd., Anaheim, CA 92005,
9  (714) 765-1900
10     31) Anthony McGlade, APD, 425 S. Harbor Blvd., Anaheim, CA 92005,
11 (714) 765-1900
12     32) Nathaniel Cox, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714)
13 765-1900
14     33) John Duran, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714)
15 765-1900
16     34) Mark Gell, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714)
17 765-1900
18     35) Jared Dewald, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714)
19 765-1900
20     36) Shane Spielman, APD, 425 S. Harbor Blvd., Anaheim, CA 92005,
21 (714) 765-1900
22     37) Sonia Ceniceros, 317 E. La Palma Ave. Anaheim, CA 92801 (714)
23 737-9232
24     38) Rossi Elena Ceniceros, 814 S. Dakota St. Anaheim, CA 92805 (714)
25 678-8952
26     39) Joseph Gross, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714)
27 765-1900
28     40) Antonio Lopez, Plaintiff

4

1  41) Johnanna Lopez, Plaintiff

2  42) April Rodriguez, Plaintiff

3  43) Rachel Perez, Plaintiff

4  44) Rocio Flores, Plaintiff

5  45) Minor Plaintiffs M.R., B.L, J.L., and S.L.

6  46) David Valentin, SAPD Chief of Police, 60 Civic Center Plaza, Santa Ana, CA 92701

8  47) Ryan Hunter, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

10 48) Brian Leist, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

12 49) Jeff Hemerson, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

14 50) Eric Trapp, APD, 425 S. Harbor Blvd., Anaheim, CA 92005, (714) 765-1900

16 51) Abelardo Oropeza, SAPD Sgt., 60 Civic Center Plaza, Santa Ana, CA 92701

18 52) Johnathan Hernandez, SA City Councilmember, 22 Civic Center Plaza, Santa Ana, CA 92701 (714) 647-6900

20 53) All Witnesses disclosed by the Plaintiffs and Co-Defendants.

21 2. Documents. Defendants provide the following description of their documents required by FRCP 26(a)(1)(B):

The complete APD Police Report GO# 2021-142831 (OIS open investigation), GO#21-142757 (stolen vehicle report) and DOJ #BI-R!2021-00030 (OIS investigation not complete)/OCDA Investigation #21-004162 (OIS investigation not complete), will be produced to Plaintiffs' counsel once completed and a Protective Order is entered by the Court, including, but not limited to the following documents:

5

1)  OCDA #21-004162 (OIS Investigation, not complete)
2)  DOJ #BI-RI2021-00030 (OIS Investigation/Report, not complete)
3)  SAPD #21-020830
4)  Interview of APD Inv. Garrett Melberg
5)  Interview of APD Inv. Phil Vargas
6)  Interview of APD Inv. Ricky Reynoso
7)  Interview of OCFA Captain/Paramedic Christopher Jaime
8)  Interview of APD Officer Brandon Mullins
9)  Interview of APD Officer Ernesto Sena
10) Interview of SAPD Officer Kenny Aguilar
11) Interview of SAPD Officer Nelson Menendez
12) Interview of APD Officer Frank Ramirez
13) Interview of APD Officer James Lopez
14) Interview of APD Officer Steve Salicos
15) Interview of APD Officer Mike Williams
16) Interview of SAPD Corporal Luis Galeana
17) Interview of APD Sgt. Curt Ledesma
18) Interview of SAPD Officer Manuel Pardo
19) Interview of SAPD Officer Sergio Martinez
20) Interview of witness Brentt Sporn
21) Interview of witness Randy Lucio
22) Black Guess bag and plastic water bottle-OC Crime Lab
23) Handwritten Suicide Note/photo-OC Crime Lab
24) Drug Paraphernalia-OC Crime Lab
25) Autopsy Report by Coroner Yong-son Kim Case #21-05765-TM
26) OC Crime Lab Reports FR#21-52851, including, but not limited to, Tox Exam Report by Forensic Scientist Vanessa Havro
27) Autopsy Photos (194) OC Crime Lab

| | | |
|---|---|---|
| 1 | 28) | Post Embalming Photos (54) OC Crime Lab |
| 2 | 29) | Officer Processing Photos (108) OC Crime Lab |
| 3 | 30) | Scene Photos (117) OC Crime Lab |
| 4 | 31) | Scene Photos (289) OC Crime Lab |
| 5 | 32) | Vehicle Processing Photos (47) OC Crime Lab |
| 6 | 33) | Aerial Photos/Videos by SAPD |
| 7 | 34) | GO#21-142831 (OIS open investigation) |
| 8 | 35) | CAD 21-142831 |
| 9 | 36) | GO#21-142757 (stolen vehicle report) |
| 10 | 37) | CAD 21-142757 |
| 11 | 38) | APD BWC-Officers Paul J. Delgado, Catalin M. Panov, Kenneth A. Weber, and Sgt. Mundy, John Duran, James R. Elliott (Angel helicopter video), Vicent Nguyen, Ryan Hunter, James Lopez, Dale Miller, Anthony McGlade, Brandon Mullins, Ernesto J. Sena, Michael R. Dohmann, Michael Williams, Frank Ramirez, Nathaniel Cox, Randy N. Sany, Patrick Bradley, Phillip M. Vargas, Ricardo Reynoso, Lorenzo Uribe and Joseph Gross |
| 18 | 39) | Booking Photos of Brandon Lopez |
| 19 | 40) | Criminal history-Brandon Lopez, including, but not limited to, OCSC Cases 21NF0446, 20NM01327, 19WM05718 and 17NM08088 and related Warrants. |
| 22 | 41) | Critical Incident Video #21-142831: https://www.youtube.com/watch?v=iLmnmgjeHik&t=258s |
| 24 | 42) | Interview of Officer Panov by Special Agents Estrada and Cryar |
| 25 | 43) | Interview of Officer Weber by Special Agents Estrada and Carlos |
| 26 | 44) | Interview of Officer Delgado by Special Agents Cryar and Carlos |
| 27 | 45) | Interview of Officer Heitmann by Special Agents Black and Estrada |
| 28 | 46) | APD Dispatch audio |

7

| | | |
|---|---|---|
| 1 | 47) | APD Radio traffic |
| 2 | 48) | 2-Orange-3 Radio traffic audio |
| 3 | 49) | OC Crime Lab Reports FR #219-52738 |
| 4 | 50) | OnSceneTV video by Brent Sporn |
| 5 | 51) | APD GO#2021-6797 (211 PC Robbery) |
| 6 | 52) | Declaration in Support of Arrest Warrant (GO#21-6797) |
| 7 | 53) | APD GO#2021-11552 (211 PC Robbery) |
| 8 | 54) | APD GO#2021-13451 (211 PC Robbery) |
| 9 | 55) | APD GO#2021-14211 (211 PC Robbery) |
| 10 | 56) | APD GO#2020-17378 (Domestic Violence) |
| 11 | 57) | SAPD Report 2021-20827 |
| 12 | 58) | SAPD Traffic Collision Report 2021-20871 |
| 13 | 59) | SAPD CAD |
| 14-15 | 60) | SAPD BWC (numerous officers, including, but not limited to Sgt. Oropeza, Officers Sanudo, Hatziefstratiou, Arias). |
| 16 | 61) | SAPD Drone Photos and Videos |
| 17 | 62) | SAPD Scene Photos |
| 18 | 63) | OCFA Report Incident #21-119028 |
| 19 | 64) | All Documents disclosed by the Plaintiffs and Co-Defendants. |

3. Damages. None, except costs and attorney's fees.

4. Insurance. Defendant City of Anaheim is self-insured for $1 million.

Defendants maintain the right to supplement these disclosures to the extent new witnesses, documents and evidence may be obtained or discovered during the discovery process. Pursuant to the Court's entry of a protective order in this action and completion of the investigations, Defendants will amend their initial disclosures and send a copy of the completed DOJ/DA's investigations and APD reports/BWCs to Plaintiffs' counsel.

| | | |
|---|---|---|
| 1 | Dated: October 10, 2022 | ROBERT FABELA, CITY ATTORNEY |
| 2 | | |
| 3 | | By: _____/s/ Moses W. Johnson, IV_____ |
| 4 | | Moses W. Johnson, IV<br>Assistant City Attorney |
| 5 | | Attorneys for Defendants<br>CITY OF ANAHEIM, JORGE |
| 6 | | CISNEROS; PAUL DELGADO;<br>BRETT HITMAN; KENNETH WEBER; |
| 7 | 146895 | and CAITLIN PANOV |

## PROOF OF SERVICE
*Lopez v. City of Anaheim;*
USDC, Central Dist. Case No.: 8:22-cv-01351-JVS-ADS

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 S. Anaheim Boulevard, Suite 356, Anaheim, California 92805.

On October 10, 2022, I served the foregoing document described as: **DEFENDANT CITY OF ANAHEIM'S INITIAL DISCLOSURES**

on interested parties in this action by placing the original/a true copy thereof enclosed in sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** As follows: I am readily familiar with the City's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice correspondence is deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California in the ordinary course of business. The correspondence described above was placed for deposit at 200 S. Anaheim Boulevard, Anaheim, California 92805, on the date set forth above.

☒ **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail submission by transmitting a PDF format copy of such document(s) to each such person at the email addresses listed. The document(s) was transmitted by electronic transmission and such transmission was reported as complete and without error.

☐ **BY FACSIMILE:** I caused the contents of said envelope to be delivered by facsimile transmission to the above addressee(s).

☐ **BY METHOD OF OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered via Express Mail or other method of delivery providing for overnight delivery to the addressee(s) designated.

I declare under penalty of perjury that the above is true and correct.

Executed at Anaheim, California.

                                                       */s/   Maria Segovia*
                                                       Maria Segovia

146894

# SERVICE LIST
*Lopez v. City of Anaheim;*
USDC, Central Dist. Case No.: 8:22-cv-01351-JVS-ADS

| | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq. (SBN 144074)dalekgalipo@yahoo.com<br>Renee V. Masongsong<br>Rvalentine@galipolaw.com<br>21800 Burbank Blvd., Ste 310<br>Woodland Hills, CA  91367<br>Tel: (818) 347-333; Fax: (818) 347-4118 | *Attorneys for Plaintiffs* |
| Eugene P. Ramirez (State Bar No. 134865)<br>epr@manningllp.com<br>Craig Smith (State Bar No. 265676)<br>ges@manningllp.com<br>Anita Clark (State Bar No. 32015)<br>akc@manningllp.com<br>MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP<br>801 S. Figueroa St., 15th Floor<br>Los Angeles, California 90017-3012<br>Telephone: (213) 624-6900<br>Facsimile: (213) 624-6999 | *Co-Counsel for Defendants* |
| Christopher Lee, Esq.<br>clee@everettdorey.com<br>EVERETT DOREY LLP<br>18300 Von Karman Ave., Suite 900<br>Irvine, CA 92612 | |