# EXHIBIT B

**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

**UNITED STATE DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>Plaintiff,<br><br>vs. | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*<br><br>**PLAINTIFF ANTONIO LOPEZ'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF ANAHEIM, SET ONE** |

| | |
|---|---|
| 1 | CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department, |
| 17 | Defendants. |

REQUESTING PARTY:   Plaintiff ANTONIO LOPEZ

RESPONDING PARTY:   Defendant CITY OF ANAHEIM

SET NO.:   ONE

## GENERAL INSTRUCTIONS TO RESPONDING PARTY

In accordance with Federal Rules of Civil Procedure 26 and 34, Plaintiff requests that the responding party answers under oath the following requests for the production of documents within thirty days of service hereof. These requests are directed to Defendant CITY OF ANAHEIM. In answering these requests, you are

required to furnish such information as is available to you, including information in the possession of your attorneys and investigators working with your attorneys.

*The following Definitions and Instructions apply throughout this Request for Production, unless the context clearly indicates otherwise*:

A. This request requires that you produce all writings responsive to any of the following numbered requests, which are in your possession or control or subject to your control, wherever they may be located. The writings which you must identify and produce include not only writings which you presently possess, but also writings which are in the possession or control of your attorneys, accountants, bookkeepers, employees, representatives or anyone else acting on your behalf.

B. You are requested to produce all writings which are responsive to any of the following numbered requests by delivering copies of all such writings for inspection and photocopying at the BURRIS, NISENBAUM, CURRY & LACY, 9701 Wilshire Boulevard, Suite 1000, Beverly Hills, CA, 90212 within thirty (30) days of the date indicated on the proof of service; thirty-three (33) if served by mail.

C. All writings which, are responsive in whole or in part to any of the following numbered requests, shall be produced in full, without abridgement, abbreviation, or expurgation of any sort. If any such writings cannot be produced in full, produce the writing to the extent possible and indicate in your written response what portion of the document is not produced and why it could not be produced.

D. The term "writing" as used in this request for identification and production is a broadly inclusive term referring to any and all written or other graphic material, however produced or reproduced, of every kind and description and to everything upon which sounds, words, symbols, or pictures are recorded or depicted by magnetic or electrical impulse, photography, or otherwise. The term "writing" includes, by way of example and not limitation, the following and anything similar to any of the following:

1. Letters, telegrams, telexes, cables, TXWs, memoranda, interoffice correspondence and other forms of correspondence and written communication;
2. Agreements, contracts, policies, handbooks, practice guidelines, reports, studies, records, books, journals, papers, statements, pamphlets, circulars, publications, stenographic notebooks, files and their contents, file folders, file covers, file jackets and notes;
3. Summaries, abstracts indexes, tabulations, graphs, charts, lists and inventories;
4. Calendars, desk calendars, appointment books, schedules, logs, telephone messages, diaries, time sheets, minutes of meetings, and transcripts;
5. Financial statements, checks, invoices and accounting records, and books;
6. Pleadings, deposition transcripts, trial transcripts, interrogatories, answers to interrogatories, affidavits, declarations, papers filed or lodged with courts, and papers filed with or sent to administrative agencies;
7. Tape recordings, sound reproductions, objects, photographs, motion pictures, microfilm, computer data stored on magnetic tape, computer printouts, data processing cards or tapes, and computer disks or diskettes.

E.  You are required to produce not only the original or an exact copy of the original of all writings responsive to any of the following numbered requests, but also all copies of such writings which bear any notes or markings not found on the originals and all preliminary, intermediate, final, and revised drafts of such writings.

F.  If any of these requests cannot be answered in full, please answer to the

extent possible, specifying the reasons for your inability to provide responses to the remainder of the request and stating whatever information, knowledge or belief you do have concerning the unanswered portion.

G. It is not intended that this request require production of any writings, which are privileged. If you are not producing any writing responsive to any of the numbered requests below on the basis of a claimed privilege, or for any other reason, state the following information:

1. Describe the writing with specificity;
2. The nature of the privilege or rule of law relied upon and the facts supporting your position with respect thereto;
3. State the names and capacities of all persons who participated in the preparation of the writing; and
4. State the names and capacities of all persons to whom the document was circulated or its contents disclosed, the location such disclosure took place, who was present at such disclosure, the general subject matter of the disclosure without violating the privilege asserted, and the means of such disclosure.

## DEFINITIONS

A. The term "ALL" shall mean any and all.

B. "YOU" and "YOUR" mean the CITY OF ANAHEIM, and anyone acting on YOUR or its behalf, including agents, employees, and contractors.

C. The term "PLAINTIFF" refers to the individual PLAINTIFF in this action, ANTONIO LOPEZ.

D. The term "INCIDENT" refers to the events of September 28, 2021, which gives rise to the instant litigation, as outlined in Plaintiff's operative Complaint.

E. The term "DOCUMENT" as defined by the Federal Rules of Civil

**PLAINTIFF ANTONIO LOPEZ'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF ANAHEIM, SET ONE**

Procedure Rule 34(a)(1)(4), means any designated documents or electronically stored information---including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations---stored in any medium from which information can be obtained, or any designated tangible things.

F. The term "PERSON" means ALL natural persons, partnerships, consortiums, joint ventures, and every other form of legally recognized entity, including corporations and governmental entities.

G. The term "RECORDING" includes any method of memorializing an occurrence by way of audio, video and/or written memos.

H. "PERTAINING TO" and "RELATING" mean evidencing, memorializing, referring, constituting, containing, discussing, describing, embodying, reflecting, identifying, mentioning, stating, or otherwise relating to in any way, in whole or in part, the subject matter referred to in a particular request.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1.:**

Produce a complete copy of ALL police reports pertaining to the arrest and/or detention of PLAINTIFF Antonio Lopez during the INCIDENT.

**REQUEST NO. 2.:**

Produce a complete copy of ALL video footage, including but not limited to body worn camera footage, depicting the arrest and/or detention of PLAINTIFF Antonio Lopez during the INCIDENT.

**REQUEST NO. 3.:**

Produce a complete copy of ALL photographs depicting the arrest and/or detention of PLAINTIFF Antonio Lopez during the INCIDENT.

**REQUEST NO. 4.:**

Produce a complete copy of ALL statements and/or interviews of civilian witnesses PERTAINING TO the arrest and/or detention of PLAINTIFF Antonio Lopez during the INCIDENT.

**REQUEST NO. 5.:**

Produce a complete copy of ALL statements and/or interviews of civilian witnesses PERTAINING TO the INCIDENT.

**REQUEST NO. 6.:**

Produce a complete copy of ALL statements and/or interviews of law enforcement personnel PERTAINING TO the arrest and/or detention of PLAINTIFF Antonio Lopez during the INCIDENT.

**REQUEST NO. 7.:**

Produce a complete copy of ALL statements and/or interviews of law enforcement personnel PERTAINING TO the INCIDENT.

**REQUEST NO. 8.:**

Produce a complete copy of ALL statements and/or interviews by Defendants Paul Delgado, Brett Heitmann, Caitlin Panov, and Kenneth Weber PERTAINING TO the INCIDENT.

**REQUEST NO. 9.:**

Produce a complete copy of ALL video footage taken by journalists on scene during the INCIDENT.

**REQUEST NO. 10.:**

Produce a complete copy of ALL documents pertaining to ALL extraction and/or analysis of DECEDENT's cellphone.

**REQUEST NO. 11.:**

Produce a complete copy of the note addressed to DECEDENT's children found in the car DECEDENT was in during the INCIDENT.

Dated:  November 17, 2023          **BURRIS, NISENBAUM, CURRY & LACY LLP**

By: /s/ *Lena Andrews*
DeWITT M. LACY
JOHN L. BURRIS
LENA P. ANDREWS
JULIA N. QUESADA
Attorneys for Plaintiff,
Antonio Lopez, Johanna Lopez, & S.L.
by and through his guardian ad litem
Rocio Flores

# CERTIFICATE OF SERVICE
*Lopez et al v City of Anaheim et al*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; My business address is 9701 Wilshire Ave, STE 1000, Beverly Hills, CA 90212. On the date below, I served on parties named in the Service List attached hereto the following documents in the manner checked below:

## PLAINTIFF ANTONIO LOPEZ'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF ANAHEIM, SET ONE

☒ **(VIA MAIL -- CCP §§ 1013(a), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at Oakland, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **(VIA PERSONAL DELIVERY -- CCP §§ 1011, 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand delivered on that day by Russ Taylor, in the ordinary course of my firm's business practice.

☒ **VIA E-MAIL or ELECTRONIC TRANSMISSION -- CCP §§ 1013(e), 2015.5, CRC 2008)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail address(es) or the facsimile number listed above. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

☐ **(VIA OVERNIGHT MAIL/COURIER -- CCP §§ 1013(c), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and my correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

I declare that I am a member of the bar of this court. Executed on **November 17, 2023**, at Beverly Hills, California.

*//s// Lena P. Andrews*
Lena P. Andrews, Esq.

**BURRIS, NISENBAUM, CURRY & LACY LLP**
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

**SERVICE LIST**

| | |
|---|---|
| Gregg M. Audet<br>Anaheim City Attorneys Office<br>200 South Anaheim Boulevard Suite 356<br>Anaheim, CA 92805<br>gaudet@anaheim.net | **ATTORNEYS FOR DEFENDANTS:**<br>CITY OF ANAHEIM, JORGE CISNEROS,<br>PAUL DELGADO, BRETT HEITMAN,<br>CAITLIN PANOV, KENNETH WEBER |
| Anthony M. Sain<br>Dana Alden Fox<br>Tori Lyn Noelani Bakken<br>Abigail McLaughlin<br>Lewis Brisbois Bisgaard and Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>tony.sain@lewisbrisbois.com<br>dana.fox@lewisbrisbois.com<br>tori.bakken@lewisbrisbois.com<br>Abigail.McLaughlin@lewisbrisbois.com | **ATTORNEYS FOR DEFENDANTS:**<br>CITY OF ANAHEIM, JORGE CISNEROS,<br>PAUL DELGADO, BRETT HEITMAN,<br>CAITLIN PANOV, KENNETH WEBER |
| CC (VIA EMAIL ONLY):<br>Christopher D Lee<br>Samantha E Dorey<br>Seymour B Everett, III<br>Everett Dorey LLP<br>18300 Von Karman Avenue Suite 900<br>Irvine, CA 92612<br>clee@everettdorey.com<br>sdorey@everettdorey.com<br>severett@everettdorey.com | **ATTORNEYS FOR DEFENDANTS:**<br>CITY OF SANTA ANA, DAVID VALENTIN |
| CC (VIA EMAIL ONLY):<br>Dale K Galipo<br>Renee V Masongsong<br>Law Offices of Dale Galipo<br>21800 Burbank Boulevard Suite 310<br>Woodland Hills, CA 91367<br>dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com | **ATTORNEYS FOR PLAINTIFFS:**<br>M.R., by and through his guardian ad litem, April Rodriguez |
| CC (VIA EMAIL ONLY):<br>Angel Carrazco<br>Guizar Henderson and Carrazco LLP<br>18301 Irvine Boulevard<br>Tustin, CA 92780<br>angel@carrazcolawapc.com | **ATTORNEYS FOR PLAINTIFFS:**<br>B.L. and J.L., by and through their guardian ad litem Rachel Perez |

**PLAINTIFF ANTONIO LOPEZ'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF ANAHEIM, SET ONE**

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212