# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS**<br><br>Hearing Date: August 26, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom:    10C<br><br>MSJ Hearing:  August 12, 2024<br>FPTC:         September 9, 2024<br>Trial:        September 17, 2024 |

Case No. 2:22-cv-07651-JLS-KS

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS**

| | |
|---|---|
| 1 | Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department, |
| 8 | Defendants. |

## [PROPOSED] ORDER

On July 26, 2024, the Plaintiffs timely filed their Motion to Strike Previously Undisclosed Exhibits Submitted in Support of Defendants' Motion for Summary Judgement Pursuant to Federal Rule of Civil Procedure 37; Request for Non-Monetary Sanctions Against All Defendants.

Finding good cause therefore, the Court ORDERS as follows:

1. Exhibits 1 through 10, 13 through 15, and 19 through 29 in Support of Defendants' Motion for Summary Judgement are hereby STRICKEN and will not be considered in support of Defendants' Motion for Summary Judgement [Dkt. 129 et seq];

2. Defendants' statement of facts and statement of undisputed facts nos. 13 through 17, 19 through 24, 28, 30, and 34 are hereby STRICKEN and will not be considered in support of Defendants' Motion for Summary Judgement [Dkt. 129 et seq];

3. All portions of Defendants' Motion for Summary Judgment that rely on these facts are hereby STRICKEN and will not be considered in support of Defendants' Motion for Summary Judgement [Dkt. 129 et seq];

PG. 2            Case No. 2:22-cv-07651-JLS-KS

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS**

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                Hon. James V. Selna
                                United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PREVIOUSLY UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37; REQUEST FOR NON-MONETARY SANCTIONS AGAINST ALL DEFENDANTS