**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CATALIN PANOV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successor in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANAHEIM; CITY OF SANTA ANA; DAVID VALENTIN; JORGE CISNEROS; PAUL DELGADO; BRETT HEITMAN; KENNETH WEBER; CAITLIN PANOV; DOES 1-10, <br><br> Defendants. | Case No. 8:22-cv-1351-JVS-ADS <br> [*Hon. James V. Selna, Dist. Judge*; *Hon. Autmn D. Spaeth*, *M. Judge*] <br><br> **DECLARATION OF ABIGAIL J. R. MCLAUGHLIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNDISCLOSED EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37** <br><br> *Filed Concurrently with Opposition to Motion to Strike* <br><br> Date: August 19, 2024 <br> Time: 1:30 p.m. <br> Crtrm.: 10F <br><br> FPTC: September 9, 2024 <br> Trial Date: September 17, 2024 |

143715647.1

1

McLAUGHLIN DECL. ISO DEFTS.' OPP. TO PLTFS.' MTN. TO STRIKE M.S.J. EXHIBITS

I, Abigail J. R. McLaughlin, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants CITY OF ANAHEIM, JORGE CISNEROS, PAUL DELGADO, BRETT HEITMAN, KENNETH WEBER, and CATALIN PANOV herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Upon information and belief, on October 10, 2022, Defendant City of Anaheim served its Initial Disclosures in this matter. A true and correct copy of those Initial Disclosures is attached hereto as Exhibit "A". Of note, at the time of Defendant City of Anaheim's service of its Initial Disclosures, undersigned counsel was not counsel of record.

3. On November 17, 2023, Plaintiff Antonio Lopez propounded his Request for production of Documents, Set One on Defendant City of Anaheim – which included requests for interview recordings that arguably embrace the eleven officer audio interviews at issue in Plaintiffs' motion. On December 11, 2023, Defendant City timely provided its responses. A true and correct copy of those responses are attached hereto as Exhibit "B".

4. Plaintiff Antonio Lopez never initiated a meet and confer about his purported issues with Defendant City's responses pursuant to Local Rule 37-1, nor did Plaintiff Antonio Lopez ever file a motion regarding any alleged deficiencies prior to the June 7, 2024 fact discovery cut-off or the August 12, 2024 law and motion cut-off in this matter.

5. On January 17, 2024, Defendant City of Anaheim supplemented its initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1), as Defendant City of Anaheim was disclosing/identifying two additional items that Plaintiffs had informed Defendant City of Anaheim that had not been previously produced. This supplemental disclosure also identified items that were previously disclosed with

Defendant City of Anaheim's responses to requests for production for clarity. A true and correct copy of this supplemental disclosure is attached hereto as Exhibit "C".

6. On July 15, 2024, Defendants filed and served their Motion for Summary Judgment ("MSJ"), which included, as part of Defendants' Notice of Lodging, overnight delivery of the officer interview audio recordings now at issue. A true and correct copy of that Notice of Lodging is attached hereto as Exhibit "D".

7. On July 17, 2024, two days after Defendants filed their MSJ and provided Plaintiffs with a USB with all video and audio exhibits used in support of Defendants' MSJ, Plaintiffs requested that Defendants provide the complete copies of the interview and video transcripts used by Defendants in support of their MSJ. At this time, both myself and other defense counsel believed that all such documents in support of Defendants' MSJ had been identified and/or already provided to Plaintiffs. On July 18, 2024, for the first time, Plaintiffs informed Defendants that the audio-recorded interviews listed on Defendant City of Anaheim's Initial Disclosures had never been produced to Plaintiffs and that they would be bringing the subject Motion to Strike. A true and correct copy of this e-mail correspondence is attached hereto as Exhibit "E".

8. That same day, Defendants provided a link to the complete copies of the interview and video transcripts used by Defendants in support of their MSJ, along with lengthy correspondence explaining that Defendants had not violated Federal Rule of Civil Procedure 37 and that Defendants' MSJ exhibits were not subject to striking. A true and correct copy of this correspondence is attached hereto as Exhibit "F".

///
///
///



143715647.1

3

McLAUGHLIN DECL. ISO DEFTS.' OPP. TO PLTFS.' MTN. TO STRIKE M.S.J. EXHIBITS

1  9. The Parties then complied with Local Rule 7-3 by meeting and conferring via telephone. Unfortunately, an agreement could not be reached to avoid the subject Motion and Defendants' opposition thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 5th day of August, 2024, at Los Angeles, California.

*/s/ Abigail J.R. McLaughlin*
Abigail J. R. McLaughlin