**BURRIS, NISENBAUM, CURRY & LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY & LACY LLP**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile:  (510) 839-3882
dewitt@bncllaw.com
julia.quesada@bncllaw.com
lena.andrews@bncllaw.com

Attorneys for Plaintiff
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

## UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ, individually; JOHANNA LOPEZ, individually; M.R., by and through his guardian ad litem, April Rodriguez, individually and as successor in interest to Brandon Lopez; B.L. and J.L., by and through their guardian ad litem Rachel Perez, individually and as successors in interest to Brandon Lopez; S.L., by and through his guardian ad litem, Rocio Flores, individually and as successor in interest to Brandon Lopez,<br><br>   Plaintiff,<br><br>vs. | Case No.: 8:22-cv-01351-JVS-ADS<br><br>*(Honorable James V. Selna; Magistrate Judge Autumn D. Spaeth)*<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL FOR TRIAL**<br><br>Trial Date: September 17, 2024<br>Ctrm.:       Santa Ana, Courtroom 10C |

| | |
|---|---|
| 1 | CITY OF ANAHEIM, a municipal corporation; CITY OF SANTA ANA, a municipal corporation; DAVID VALENTIN, individually and in his official capacity as the Chief of Police for the CITY OF SANTA ANA Police Department; JORGE CISNEROS, individually and in his official capacity as the Chief of Police for the CITY OF ANAHEIM Police Department; PAUL DELGADO, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; KENNETH WEBER, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; CAITLIN PANOV, individually and in her official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN, individually and in his official capacity as an officer for the CITY OF ANAHEIM Police Department; BRETT HEITMAN; DOES 1-10, individually and in their official capacity as law enforcement officers for the CITY OF ANAHEIM Police Department and CITY OF SANTA ANA Police Department, |
| | Defendants. |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

The undersigned counsel for Plaintiffs ANTONIO LOPEZ and JOHANNA LOPEZ hereby gives notice of their unavailability for the upcoming trial in this matter.

Specifically, DeWitt M. Lacy, Julia N. Quesada and Lena P. Andrews are scheduled to appear for a two week trial beginning on September 16, 2024, before the Honorable Magistrate Judge Christopher D. Baker in Case No. Eastern District of California, in the matter of *Dibbern v City of Bakersfield et al*, case no. 1:22-cv-00723-CDB and therefore are unavailable at the time designated by this Court for Trial on September 17, 2024. The *Dibbern* trial was previously set to begin on September 9, 2024, however, was continued by the Court's own motion to begin on September 16, 2024. The *Dibbern* trial is anticipated to last for approximately two weeks. The *Dibbern* trial was scheduled prior to the Court setting the September 17, 2024, trial in response to Defendants' Motion to Continue Case Management Deadlines [Dkt. 110].

Plaintiffs previously notified the Court of counsel's unavailability in their Ex Parte Motion to Modify the Scheduling Order [Dkt. 121].

Dated: August 6, 2024            **BURRIS, NISENBAUM, CURRY & LACY LLP**

By: /s/ *Lena Andrews*
DeWITT M. LACY
JOHN L. BURRIS
JULIA N. QUESADA
LENA P. ANDREWS
Attorneys for Plaintiff,
Antonio Lopez, Johanna Lopez, & S.L. by and through his guardian ad litem Rocio Flores

BURRIS, NISENBAUM, CURRY & LACY LLP
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212